# Holland & Knight

1650 Tysons Boulevard, Suite 1700 | Tysons, Virginia 22102 | T 703.720.8600 | F 703.720.8610
Holland & Knight LLP | www.hklaw.com

Mark H. Churchill
+1 703-720-8094
Mark.Churchill@hklaw.com

February 7, 2019

*Via FedEx & E-Mail (JamesJ@vawd.uscourts.gov)*

Hon. James P. Jones
U.S. District Judge
180 West Main Street
Abingdon, VA 24210

      Re:    1:18-cv-00040-JPJ-PMS *Messer et al v. Bristol Compressors International, LLC et al.* – Joint Request for Mediation

Dear Judge Jones,

I write as counsel to co-defendant Garrison Invest Group, L.P., and on behalf of all parties, related to the above-referenced pending case. The parties have conferred and believe that an initial mediation session could be beneficial. Because Magistrate Judge Sargent is expected to have substantive involvement on this matter, the parties are interested in ascertaining the availability of Magistrate Judge Ballou for a possible settlement conference in early March. We have copied Judge Sargent to this communication.

If Your Honor approves, we will reach out to Judge Ballou directly. Counsel is available to discuss this request at the Court's discretion.

Sincerely yours,

HOLLAND & KNIGHT LLP

*Mark H. Churchill*

Mark H. Churchill

Cc:    Counsel of Record (via e-mail)
          Hon. Pamela M. Sargent (via e-mail: PamelaS@vawd.uscourts.gov)

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach
#63155716_v1