IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| TONY A. MESSER, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:18CV00040 |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **BRISTOL COMPRESSORS** ) | JUDGE JAMES P. JONES |
| **INTERNATIONAL, LLC,** ) | |
| ) | |
| Defendant. ) | |

*Mary Lynn Tate, TATE LAW PC, Abingdon, Virginia, for Plaintiffs.*

In this class action alleging violations of the Worker Adjustment and Retraining Notification ("WARN") Act, following my denial of defendant's motions for summary judgment claiming it was exempted from giving employees the 60 days' notice of termination required under the WARN Act, counsel for the defendant withdrew from representation at the defendant's request. The defendant was given the opportunity to find substitute counsel but did not do so. On July 19, 2021, the court held a bench trial to determine liability and the amount of damages. No representative of the defendant appeared at the trial.

By Order entered following the trial I found that the defendant had violated the WARN Act and that 128 Class Members are owed damages as provided in 29

-1-

U.S.C. § 2104(a)(1)–(2). In addition, I found that the Class Members of Subclass Three are owed stay bonuses in the amount of $1,000 each.

By Opinion and Order entered October 8, 2021, I found that the plaintiffs are entitled to payment for the workdays included in the 60 calendar days following their terminations without cause and without 60 days' notice. I further found that the Class Members are entitled to prejudgment interest from the date of their terminations. Plaintiffs have submitted damages calculations for Subclass One and Subclass Three based upon a Declaration of Thomas M. Hicok, CPA, CVA, CFFA, who qualified as an expert on such matters and testified at the trial. These calculations include prejudgment interest to October 29, 2021, for both Subclasses based on the federal statutory interest rate calculated from the Class Members' termination dates, compounded annually. I find it appropriate to use the calculations based on the federal statutory rates in effect at the time of the Class Members' terminations as contained in the Hicok Declaration Exhibits 3 and 4.

For the foregoing reasons, the Class Members of Subclass One shall be granted judgment against the defendant in the individual amounts shown on Hicok Declaration Exhibit 3. The Class Members of Subclass Three shall be granted judgment against the defendant in the individual amounts shown on Hicok Declaration Exhibit 4. The total amount of all individual damages and prejudgment

interest awarded is $1,392,915.40. Exhibits 3 and 4 are appended to this Opinion and Order.

The court will accordingly hereafter enter judgments as described above. Upon entry of those judgments, Class Counsel may file within 21 days thereafter a motion for award of attorney's fees and non-taxable costs pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2). In accord with Rule 54(d)(2)(B)(iv), the motion must disclose the terms of any agreement about fees for the services for which the claims were made.

It is so **ORDERED**.

ENTER: November 3, 2021

_____
Senior United States District Judge

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Summary of WARN Act Covered Employees
As of July 31, 2018

**Exhibit 3**

Subclass 1
Terminated without cause on their part between July 31, 2018, and August 31, 2018.

Annual rate 2.42% compounded annually

| # | Last Name | First Name | Job Code | Term Date | Work Days | Rate of Pay | Pay Per Day | Daily Rate x Work Days | Interest Rate | Start Date | Days Through 10/29/2021 | 2.42% Interest fr. Start date - 10/29/2021 | Total Interest & Payroll Claim |
|---|-----------|------------|----------|-----------|-----------|-------------|-------------|------------------------|---------------|------------|-------------------------|--------------------------------------------|--------------------------------|
| 1 | Bell | Delmer | 1766 - Model Maker A | 8/2/2018 | 42 | $ 26.1200 | $ 208.9600 | $ 8,776.32 | 2.42% | 8/3/2018 | 1184 | $ 708.34 | $ 9,484.66 |
| 2 | Berbrow | Phillip | 1930 - Field Service Engineer | 8/2/2018 | 42 | $ 27.0211 | $ 216.1688 | $ 9,079.09 | 2.42% | 8/3/2018 | 1184 | $ 732.78 | $ 9,811.87 |
| 3 | Bolton | George | 2408 - DIR of Sourcing and Productivity | 8/18/2018 | 43 | $ 60.0962 | $ 480.7696 | $ 20,673.09 | 2.42% | 8/19/2018 | 1168 | $ 1,644.98 | $ 22,318.07 |
| 4 | Booker | John | 1702 - Sr. Psychrometric | 8/2/2018 | 42 | $ 26.2513 | $ 210.0104 | $ 8,820.44 | 2.42% | 8/3/2018 | 1184 | $ 711.90 | $ 9,532.34 |
| 5 | Campbell | Kevin | 4807 - MAINTENANCE A | 8/2/2018 | 42 | $ 20.0000 | $ 160.0000 | $ 6,720.00 | 2.42% | 8/3/2018 | 1184 | $ 542.38 | $ 7,262.38 |
| 6 | Compton | Paula | 1818 - ENGSYSTEMS ADMINISTOR | 8/2/2018 | 42 | $ 24.0385 | $ 192.3080 | $ 8,076.94 | 2.42% | 8/3/2018 | 1184 | $ 651.90 | $ 8,728.83 |
| 7 | Douglas | Robert | 1916 - SR. PRODUCT DESIGNER | 8/2/2018 | 42 | $ 27.3244 | $ 218.5952 | $ 9,181.00 | 2.42% | 8/3/2018 | 1184 | $ 741.01 | $ 9,922.00 |
| 8 | Eades | Robert | 2706 - VP, Quality and Reliability | 8/2/2018 | 42 | $ 67.3077 | $ 538.4616 | $ 22,615.39 | 2.42% | 8/3/2018 | 1184 | $ 1,825.31 | $ 24,440.69 |
| 9 | Emerson | Ronnie | 1766 - Model Maker A | 8/2/2018 | 42 | $ 27.0488 | $ 216.3904 | $ 9,088.40 | 2.42% | 8/3/2018 | 1184 | $ 733.53 | $ 9,821.93 |
| 10 | Farmer | Delmer | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 22.7978 | $ 182.3824 | $ 7,660.06 | 2.42% | 8/3/2018 | 1184 | $ 618.25 | $ 8,278.31 |
| 11 | Gilliam | David | 2302 - PRINCIPAL ENGINEER | 8/2/2018 | 42 | $ 44.2982 | $ 354.3856 | $ 14,884.20 | 2.42% | 8/3/2018 | 1184 | $ 1,201.31 | $ 16,085.51 |
| 12 | Gross | Shawn | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 20.6400 | $ 165.1200 | $ 6,935.04 | 2.42% | 8/3/2018 | 1184 | $ 559.73 | $ 7,494.77 |
| 13 | Harlow | Jonathan | 1903 - Cost Accountant | 8/1/2018 | 42 | $ 24.0385 | $ 192.3080 | $ 8,076.94 | 2.42% | 8/2/2018 | 1185 | $ 652.47 | $ 8,729.41 |
| 14 | Helton | David | 1716 - SR. TEAM LEADER | 8/2/2018 | 42 | $ 26.4539 | $ 211.6312 | $ 8,888.51 | 2.42% | 8/3/2018 | 1184 | $ 717.40 | $ 9,605.91 |
| 15 | Herndon | Fred | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 20.0428 | $ 160.3424 | $ 6,734.38 | 2.42% | 8/3/2018 | 1184 | $ 543.54 | $ 7,277.92 |
| 16 | Hicks | Benjie | 1701 - SENIOR TECHNICIAN | 8/3/2018 | 42 | $ 22.3318 | $ 178.6544 | $ 7,503.48 | 2.42% | 8/4/2018 | 1183 | $ 605.08 | $ 8,108.56 |
| 17 | Hutton | William | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 23.8975 | $ 191.1800 | $ 8,029.56 | 2.42% | 8/3/2018 | 1184 | $ 648.07 | $ 8,677.63 |
| 18 | Leonard | Phillip | 1916 - SR. PRODUCT DESIGNER | 8/2/2018 | 42 | $ 23.1338 | $ 185.0704 | $ 7,772.96 | 2.42% | 8/3/2018 | 1184 | $ 627.36 | $ 8,400.32 |
| 19 | Lojk | Luka | 2705 - Vice President, Mkt & Sales | 8/3/2018 | 42 | $ 96.1539 | $ 769.2312 | $ 32,307.71 | 2.42% | 8/4/2018 | 1183 | $ 2,605.28 | $ 34,912.99 |
| 20 | Luttrell | Kendell | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 27.1814 | $ 217.4512 | $ 9,132.95 | 2.42% | 8/3/2018 | 1184 | $ 737.13 | $ 9,870.08 |
| 21 | Mathura | Nishant | 2302 - PRINCIPAL ENGINEER | 8/2/2018 | 42 | $ 41.8269 | $ 334.6152 | $ 14,053.84 | 2.42% | 8/3/2018 | 1184 | $ 1,134.30 | $ 15,188.13 |
| 22 | Mays | Velma | 2118 - Customer Service Systems | 8/1/2018 | 42 | $ 32.1435 | $ 257.1480 | $ 10,800.22 | 2.42% | 8/2/2018 | 1185 | $ 872.46 | $ 11,672.68 |
| 23 | Messer | Tony | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 22.5250 | $ 180.2000 | $ 7,568.40 | 2.42% | 8/3/2018 | 1184 | $ 610.85 | $ 8,179.25 |
| 24 | Milhorn | Ronald | 1766 - Model Maker A | 8/2/2018 | 42 | $ 27.1388 | $ 217.1104 | $ 9,118.64 | 2.42% | 8/3/2018 | 1184 | $ 735.97 | $ 9,854.61 |
| 25 | Mumpower | Kevin | 2707 - V.P. DEVELOP ENGINEER | 8/1/2018 | 42 | $ 76.3822 | $ 611.0576 | $ 25,664.42 | 2.42% | 8/2/2018 | 1185 | $ 2,073.22 | $ 27,737.64 |

Subclass 1
Terminated without cause on their part between July 31, 2018, and August 31, 2018.

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Summary of WARN Act Covered Employees
As of July 31, 2018

Annual rate 2.42% compounded annually

| | Last Name | First Name | Job Code | Term Date | Work Days | Rate of Pay | Pay Per Day | Daily Rate x Work Days | Interest Rate | Start Date | Days Through 10/29/2021 | 2.42% Interest fr. Start date - 10/29/2021 | Total Interest & Payroll Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Murray | Darrell | 1716 - SR. TEAM LEADER | 8/2/2018 | 42 | $ 26.5687 | $ 212.5496 | $ 8,927.08 | 2.42% | 8/3/2018 | 1184 | $ 720.51 | $ 9,647.59 |
| 27 | Nelson | Robert | 4561 - Floor Scubber | 8/2/2018 | 42 | $ 17.7138 | $ 141.7104 | $ 5,951.84 | 2.42% | 8/3/2018 | 1184 | $ 480.38 | $ 6,432.21 |
| 28 | Newland | Joseph | 2211 - SR. PROJECT ENGINEER | 8/2/2018 | 42 | $ 32.9280 | $ 263.4240 | $ 11,063.81 | 2.42% | 8/3/2018 | 1184 | $ 892.97 | $ 11,956.78 |
| 29 | Paolucci | Amy | 1503 - Admin Asst. (Floating) | 8/1/2018 | 42 | $ 18.0001 | $ 144.0008 | $ 6,048.03 | 2.42% | 8/2/2018 | 1185 | $ 488.57 | $ 6,536.61 |
| 30 | Parker | Michael | 2072 - Engineering Lab Manager | 8/18/2018 | 43 | $ 30.0000 | $ 240.0000 | $ 10,320.00 | 2.42% | 8/19/2018 | 1168 | $ 821.17 | $ 11,141.17 |
| 31 | Rust | Barry | 2507 - Sales Consultant | 8/3/2018 | 42 | $ 64.5246 | $ 516.1968 | $ 21,680.27 | 2.42% | 8/4/2018 | 1183 | $ 1,748.29 | $ 23,428.55 |
| 32 | Sharp | Daryl | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 23.3900 | $ 187.1200 | $ 7,859.04 | 2.42% | 8/3/2018 | 1184 | $ 634.31 | $ 8,493.35 |
| 33 | Sheets | David | 1701 - SENIOR TECHNICIAN | 8/2/2018 | 42 | $ 23.7513 | $ 190.0104 | $ 7,980.44 | 2.42% | 8/3/2018 | 1184 | $ 644.11 | $ 8,624.54 |
| 34 | Stewart | Charlotte | 1816 - ENGSYSTEMS ADMINISTOR | 8/2/2018 | 42 | $ 30.3546 | $ 242.8368 | $ 10,199.15 | 2.42% | 8/3/2018 | 1184 | $ 823.18 | $ 11,022.33 |
| 35 | Stillner | Dennis | 1716 - SR. TEAM LEADER | 8/2/2018 | 42 | $ 24.5818 | $ 196.6544 | $ 8,259.48 | 2.42% | 8/3/2018 | 1184 | $ 666.63 | $ 8,926.11 |
| 36 | Stovall | David | 1766 - Model Maker A | 8/2/2018 | 42 | $ 26.4299 | $ 211.4392 | $ 8,880.45 | 2.42% | 8/3/2018 | 1184 | $ 716.75 | $ 9,597.19 |
| 37 | Stringer | Hugh | 2210 - Mgr of Design Services | 8/2/2018 | 42 | $ 32.3044 | $ 258.4352 | $ 10,854.28 | 2.42% | 8/3/2018 | 1184 | $ 876.06 | $ 11,730.34 |
| 38 | Sweet | Nicholas | 1905 - SUPERVISOR | 8/2/2018 | 42 | $ 28.5745 | $ 228.5960 | $ 9,601.03 | 2.42% | 8/3/2018 | 1184 | $ 774.91 | $ 10,375.94 |
| 39 | Vestal | Charles | 1712 - FACILITIES TECHNICIAN | 8/18/2018 | 43 | $ 24.4340 | $ 195.4720 | $ 8,405.30 | 2.42% | 8/19/2018 | 1168 | $ 668.82 | $ 9,074.11 |
| 40 | Watts | Laura | 1916 - SR. PRODUCT DESIGNER | 8/2/2018 | 42 | $ 25.9511 | $ 207.6088 | $ 8,719.57 | 2.42% | 8/3/2018 | 1184 | $ 703.76 | $ 9,423.33 |
| 41 | Wampler | Timothy | 2024 - Applied Engineer | 8/2/2018 | 42 | $ 26.2944 | $ 210.3552 | $ 8,834.92 | 2.42% | 8/3/2018 | 1184 | $ 713.07 | $ 9,547.99 |
| 42 | Wolfenbarger | Christie | 1720 - Special Projects | 8/1/2018 | 42 | $ 24.0000 | $ 192.0000 | $ 8,064.00 | 2.42% | 8/2/2018 | 1185 | $ 651.43 | $ 8,715.43 |
| 43 | Worley | Ronnie | 1719 - Sr. Sample Coordinator | 8/2/2018 | 42 | $ 22.5937 | $ 180.7496 | $ 7,591.48 | 2.42% | 8/3/2018 | 1184 | $ 612.71 | $ 8,204.20 |
| 44 | Younce | Velma | 1919 - Supply Chain Buyer | 8/2/2018 | 42 | $ 14.0000 | $ 112.0000 | $ 4,704.00 | 2.42% | 8/3/2018 | 1184 | $ 379.66 | $ 5,083.66 |
| | | | | | | | Total Owed | $ 462,106.11 | | | | $ 37,251.83 | $ 499,357.94 |

* All employees listed termited due to workforce reduction

**Exhibit 4**

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Summary of WARN Act Covered Employees
As of July 31, 2018 -

Subclass 3
Terminated without cause on their part after August 31, 2018.

Annual rate 2.73% compounded annually

| # | Last Name | First Name | Job Code | Term Date | Work Days | Rate of Pay | Pay Per Day | Daily Rate x Work Days | Interest Rate | Start Date | Days Through 10/29/2021 | Daily Interest | 2.42% Interest fr. start date - 10/29/2021 | Total Interest & Payroll Claim | Stay Bonus Due | 2.42% Interest fr. start date - 10/29/2021 | Total Stay Bonus & Interest Due | Grand Total Due to Employees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams | Daniel | 1871 - Marketing & Sales Analyst | 9/29/2018 | 43 | $ 21.7500 | $ 174.0000 | $ 7,482.00 | 2.73% | 9/30/2018 | 1126 | $ 0.56 | $ 646.46 | $ 8,130.46 | $ 1,000.00 | $ 86.67 | $ 1,086.67 | $ 9,217.13 |
| 2 | Amburgey | Jimmy | 4613 - BORE OPERATOR CONROD | 11/10/2018 | 43 | $ 20.0100 | $ 160.0800 | $ 6,883.44 | 2.73% | 11/11/2018 | 1084 | $ 0.51 | $ 573.31 | $ 7,456.75 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,540.04 |
| 3 | Ashley | Angela | 4553 - SUBMERGED TANK LEAK | 11/16/2018 | 42 | $ 16.6231 | $ 134.5848 | $ 5,652.56 | 2.73% | 11/17/2018 | 1078 | $ 0.42 | $ 466.11 | $ 6,120.67 | $ 1,000.00 | $ 82.61 | $ 1,082.61 | $ 7,203.49 |
| 4 | Booher | Darrell | 1907 - Process Supervisor | 11/9/2018 | 42 | $ 30.1760 | $ 241.4080 | $ 10,139.14 | 2.73% | 11/10/2018 | 1085 | $ 0.76 | $ 845.27 | $ 10,984.40 | $ 1,000.00 | $ 83.37 | $ 1,083.37 | $ 12,067.77 |
| 5 | Booher | Dave | 4631 - LATHE SOFT SHAFTS | 11/10/2018 | 43 | $ 18.7820 | $ 150.2560 | $ 6,461.01 | 2.73% | 11/11/2018 | 1084 | $ 0.48 | $ 538.12 | $ 6,999.13 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,082.42 |
| 6 | Booher | Glen | 1907 - Process Supervisor | 11/10/2018 | 43 | $ 36.3678 | $ 290.9424 | $ 12,510.52 | 2.73% | 11/11/2018 | 1084 | $ 0.94 | $ 1,041.98 | $ 13,552.50 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 14,635.79 |
| 7 | Booher | Glen | 1508 - QUALITY ENGINEER TECH | 11/10/2018 | 43 | $ 21.1111 | $ 168.8888 | $ 7,262.22 | 2.73% | 11/11/2018 | 1084 | $ 0.54 | $ 604.85 | $ 7,867.07 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,950.36 |
| 8 | Booher | Joanne | 4631 - LATHE SOFT SHAFTS | 11/10/2018 | 43 | $ 18.1200 | $ 144.9600 | $ 6,233.28 | 2.73% | 11/11/2018 | 1084 | $ 0.47 | $ 519.16 | $ 6,752.44 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,835.73 |
| 9 | Browning | David | 4500 - Forklift Operator | 11/10/2018 | 43 | $ 18.2599 | $ 145.0792 | $ 6,281.41 | 2.73% | 11/11/2018 | 1084 | $ 0.47 | $ 523.17 | $ 6,804.57 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,887.86 |
| 10 | Carmack | Summer | 4614 - GRINDER HARD SHAFTS | 11/10/2018 | 43 | $ 17.1431 | $ 137.1448 | $ 5,897.23 | 2.73% | 11/11/2018 | 1084 | $ 0.44 | $ 491.17 | $ 6,388.39 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,471.68 |
| 11 | Church | William | 4512 - INDEX DRILL CYLINDER HEADS | 11/10/2018 | 43 | $ 17.5461 | $ 140.3688 | $ 6,035.86 | 2.73% | 11/11/2018 | 1084 | $ 0.46 | $ 502.71 | $ 6,538.57 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,621.86 |
| 12 | Clark | Melvin | 4513 - INDEX DRILL VALVE PLATES | 11/10/2018 | 43 | $ 19.4221 | $ 155.3768 | $ 6,681.20 | 2.73% | 11/11/2018 | 1084 | $ 0.50 | $ 556.46 | $ 7,237.67 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,320.95 |
| 13 | Cody | Kim | 4551 - BLK PCK HOOK AND OVERHEAD | 11/16/2018 | 42 | $ 18.0508 | $ 144.4064 | $ 6,065.07 | 2.73% | 11/17/2018 | 1078 | $ 0.45 | $ 502.27 | $ 6,567.34 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 7,650.16 |
| 14 | Cole | Darrell | 4719 - Aluminum Piston Lathe | 11/16/2018 | 42 | $ 22.1400 | $ 177.1200 | $ 7,439.04 | 2.73% | 11/17/2018 | 1078 | $ 0.56 | $ 616.06 | $ 8,055.10 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 9,137.91 |
| 15 | Combs Jr. | Charles | 4802 - TOOL CUTTER GRINDER A | 11/10/2018 | 43 | $ 25.8750 | $ 207.0000 | $ 8,901.00 | 2.73% | 11/11/2018 | 1084 | $ 0.67 | $ 741.35 | $ 9,642.35 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 10,725.63 |
| 16 | Daugherty | Joyce | 4613 - BORE OPERATOR CONROD | 11/16/2018 | 42 | $ 19.3694 | $ 155.1152 | $ 6,514.84 | 2.73% | 11/17/2018 | 1078 | $ 0.49 | $ 539.52 | $ 7,054.36 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,137.17 |
| 17 | Davis | Alesia | 1803 - Production Planner | 11/21/2018 | 42 | $ 25.3365 | $ 202.6920 | $ 8,513.06 | 2.73% | 11/22/2018 | 1073 | $ 0.54 | $ 701.64 | $ 9,214.71 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 10,297.13 |
| 18 | Dickson | Vanessa | 2215 - HR Manager | 11/21/2018 | 42 | $ 36.1152 | $ 288.9216 | $ 12,134.71 | 2.73% | 11/22/2018 | 1073 | $ 0.91 | $ 1,000.14 | $ 13,134.85 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 14,217.27 |
| 19 | Dowell | Jamie | 1907 - Process Supervisor | 11/10/2018 | 43 | $ 28.8849 | $ 231.0792 | $ 9,936.41 | 2.73% | 11/11/2018 | 1084 | $ 0.74 | $ 827.58 | $ 10,763.99 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 11,847.28 |
| 20 | Eads | Patricia | 4608 - GARDNER GRINDER VALVE PLATES | 11/16/2018 | 42 | $ 20.2622 | $ 162.0976 | $ 6,808.10 | 2.73% | 11/17/2018 | 1078 | $ 0.51 | $ 563.81 | $ 7,371.91 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,454.72 |
| 21 | Eaton | Samuel | 1906 - Maintenance Supervisor | 11/21/2018 | 42 | $ 33.6539 | $ 269.2312 | $ 11,307.71 | 2.73% | 11/22/2018 | 1073 | $ 0.88 | $ 931.98 | $ 12,239.69 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 13,322.11 |
| 22 | Estep | David | 4560 - Robotic Deburr Cell | 11/16/2018 | 42 | $ 16.9641 | $ 135.7128 | $ 5,699.94 | 2.73% | 11/17/2018 | 1078 | $ 0.43 | $ 472.04 | $ 6,171.97 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 7,254.79 |
| 23 | Evans | Timothy | 4807 - MAINTENANCE A | 11/16/2018 | 42 | $ 25.7039 | $ 205.6312 | $ 8,636.51 | 2.73% | 11/17/2018 | 1078 | $ 0.65 | $ 715.23 | $ 9,351.74 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 10,434.55 |
| 24 | Fields | Robert | 2009 - SR SUPERVISOR MATERIALS | 11/21/2018 | 42 | $ 30.2885 | $ 242.3080 | $ 10,176.94 | 2.73% | 11/22/2018 | 1073 | $ 0.78 | $ 838.78 | $ 11,015.72 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,098.14 |
| 25 | Fischer | Jay | 2414 - Process Engineer Director | 11/21/2018 | 42 | $ 53.7139 | $ 429.7112 | $ 18,047.87 | 2.73% | 11/22/2018 | 1073 | $ 1.35 | $ 1,487.50 | $ 19,535.37 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 20,617.79 |
| 26 | Foster | James | 4608 - GARDNER GRINDER VALVE PLATES | 11/16/2018 | 42 | $ 20.3415 | $ 162.7320 | $ 6,834.74 | 2.73% | 11/17/2018 | 1078 | $ 0.61 | $ 566.01 | $ 7,400.76 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,483.57 |
| 27 | Fraley | Dennis | 4516 - HIGH PRES WASH ALUCO | 11/10/2018 | 43 | $ 18.2400 | $ 145.9200 | $ 6,274.56 | 2.73% | 11/11/2018 | 1084 | $ 0.47 | $ 522.60 | $ 6,797.16 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,880.44 |
| 28 | Frazier | Roger | 4706 - CRANKCASE OPERATOR A | 11/10/2018 | 43 | $ 21.2110 | $ 169.6880 | $ 7,296.58 | 2.73% | 11/11/2018 | 1084 | $ 0.55 | $ 607.72 | $ 7,904.30 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,987.59 |

1 of 3

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Summary of WARN Act Covered Employees
As of July 31, 2018

Subclass 3
Terminated without cause on their part after August 31, 2018.

Annual rate 2.73% compounded annually

| # | Last Name | First Name | Job Code | Term Date | Work Days | Rate of Pay | Pay Per Day | Daily Rate x Work Days | Interest Rate | Start Date | Days Through 10/29/2021 | Daily Interest | 2.42% Interest fr. start date - 10/29/2021 | Total Interest & Payroll Claim | Stay Bonus Due | 2.42% Interest fr. start date - 10/29/2021 | Total Stay Bonus & Interest Due | Grand Total Due to Employees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Gibson | Connie | 1907 - Process Supervisor | 11/21/2018 | 42 | $ 30.0219 | $ 240.1752 | $ 10,087.36 | 2.73% | 11/22/2018 | 1073 | $ 0.75 | $ 831.40 | $ 10,918.76 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,001.17 |
| 30 | Harris | Paul | 4708 - CRANKCASE OPERATOR A | 11/10/2018 | 43 | $ 19.8050 | $ 159.2400 | $ 6,847.32 | 2.73% | 11/11/2018 | 1084 | $ 0.51 | $ 570.30 | $ 7,417.62 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,500.91 |
| 31 | Harrison | Calvin | 4613 - BORE OPERATOR CONROD | 11/10/2018 | 43 | $ 21.4833 | $ 171.7064 | $ 7,383.36 | 2.73% | 11/11/2018 | 1084 | $ 0.55 | $ 614.95 | $ 7,998.32 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,081.61 |
| 32 | Hayden | Curtis | 4614 - GRINDER HARD SHAFTS | 11/10/2018 | 43 | $ 18.6871 | $ 149.4968 | $ 6,428.36 | 2.73% | 11/11/2018 | 1084 | $ 0.48 | $ 535.41 | $ 6,963.77 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,047.06 |
| 33 | Helton | Penny | 4511 - KEY WAY MILL | 11/15/2018 | 42 | $ 16.1526 | $ 129.2224 | $ 5,427.34 | 2.73% | 11/17/2018 | 1078 | $ 0.41 | $ 449.46 | $ 5,876.80 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 6,959.62 |
| 34 | Hicks | Tommy | 2019 - Strategic Supply Buyer II - Equipment | 9/29/2018 | 43 | $ 36.9591 | $ 295.6728 | $ 12,713.93 | 2.73% | 9/30/2018 | 1126 | $ 0.95 | $ 1,101.92 | $ 13,815.85 | $ 1,000.00 | $ 86.67 | $ 1,086.67 | $ 14,902.52 |
| 35 | Hinkle | Roger | 1905 - SUPERVISOR | 11/21/2018 | 42 | $ 36.2200 | $ 289.7600 | $ 12,169.92 | 2.73% | 11/22/2018 | 1073 | $ 0.91 | $ 1,003.04 | $ 13,172.96 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 14,255.38 |
| 36 | Hobbs | Gaylord | 4614 - GRINDER HARD SHAFTS | 11/10/2018 | 43 | $ 18.5441 | $ 148.3528 | $ 6,379.17 | 2.73% | 11/11/2018 | 1084 | $ 0.48 | $ 531.31 | $ 6,910.48 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 7,993.77 |
| 37 | Horne | Jeffery | 2212 - Business Development | 9/14/2018 | 42 | $ 39.4231 | $ 315.3848 | $ 13,246.16 | 2.73% | 9/15/2018 | 1141 | $ 0.99 | $ 1,164.16 | $ 14,410.32 | $ 1,000.00 | $ 87.89 | $ 1,087.89 | $ 15,498.20 |
| 38 | Hubbard | Sherrie | 4610 - Bore Operator Cage Bearings | 11/16/2018 | 42 | $ 18.7090 | $ 149.6720 | $ 6,286.22 | 2.73% | 11/17/2018 | 1078 | $ 0.47 | $ 520.59 | $ 6,806.81 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 7,889.83 |
| 39 | Huffman | James | 2202 - SR. MANUF ENGINEER | 11/21/2018 | 42 | $ 42.3077 | $ 338.4616 | $ 14,215.39 | 2.73% | 11/22/2018 | 1073 | $ 1.06 | $ 1,171.63 | $ 15,387.01 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 16,469.43 |
| 40 | Hutton | Steven | 2200 - Logistics Manager | 11/21/2018 | 42 | $ 37.9808 | $ 303.8464 | $ 12,761.55 | 2.73% | 11/22/2018 | 1073 | $ 0.95 | $ 1,051.80 | $ 13,813.35 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 14,895.77 |
| 41 | Hutton | Tammy | 1870 - Purchasing MRO Coordinator | 11/21/2018 | 42 | $ 23.8213 | $ 190.5704 | $ 8,003.96 | 2.73% | 11/22/2018 | 1073 | $ 0.60 | $ 659.58 | $ 8,663.54 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 9,746.06 |
| 42 | Ingle | Dave | 1907 - Process Supervisor | 11/21/2018 | 42 | $ 30.0505 | $ 240.4040 | $ 10,096.97 | 2.73% | 11/22/2018 | 1073 | $ 0.75 | $ 832.19 | $ 10,929.16 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,011.58 |
| 43 | Johnson | Albert | 4706 - CRANKCASE OPERATOR A | 11/10/2018 | 43 | $ 22.6820 | $ 181.4560 | $ 7,802.61 | 2.73% | 11/11/2018 | 1084 | $ 0.58 | $ 649.86 | $ 8,452.47 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,535.76 |
| 44 | Johnson | Greg | 2314 - SR BUS. DEVELOPMENT | 11/21/2018 | 42 | $ 46.6478 | $ 373.1824 | $ 15,673.66 | 2.73% | 11/22/2018 | 1073 | $ 1.17 | $ 1,291.82 | $ 16,965.48 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 18,047.90 |
| 45 | Jones | Keith | 4708 - CRANKCASE OPERATOR A | 11/16/2018 | 42 | $ 20.2500 | $ 162.0000 | $ 6,804.00 | 2.73% | 11/17/2018 | 1078 | $ 0.51 | $ 563.47 | $ 7,367.47 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,450.28 |
| 46 | Kestner | Leslie | 2434 - Operations Manager | 9/29/2018 | 43 | $ 45.5795 | $ 364.6360 | $ 15,679.35 | 2.73% | 9/30/2018 | 1126 | $ 1.17 | $ 1,358.93 | $ 17,038.28 | $ 1,000.00 | $ 86.67 | $ 1,086.67 | $ 18,124.95 |
| 47 | Lane | Jerry | 1907 - Process Supervisor | 11/21/2018 | 42 | $ 36.3684 | $ 290.9472 | $ 12,219.78 | 2.73% | 11/22/2018 | 1073 | $ 0.91 | $ 1,007.15 | $ 13,226.93 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 14,309.35 |
| 48 | Leonard | Michael | 4621 - HOUSING OPERATOR | 11/10/2018 | 43 | $ 20.5090 | $ 164.0720 | $ 7,055.10 | 2.73% | 11/11/2018 | 1084 | $ 0.53 | $ 587.60 | $ 7,642.70 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,725.99 |
| 49 | Lowe | Gead | 4500 - Forklift Operator | 11/16/2018 | 42 | $ 18.8848 | $ 151.0784 | $ 6,345.29 | 2.73% | 11/17/2018 | 1078 | $ 0.47 | $ 525.48 | $ 6,870.77 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 7,953.59 |
| 50 | Martin | Mandy | 4505 - Forklift and Cycle Counter | 11/3/2018 | 43 | $ 17.6301 | $ 141.0408 | $ 6,064.75 | 2.73% | 11/4/2018 | 1091 | $ 0.45 | $ 508.47 | $ 6,573.23 | $ 1,000.00 | $ 83.84 | $ 1,083.84 | $ 7,657.07 |
| 51 | Maxfield | Stewart | 4518 - HIGH PRES WASH ALMCO | 11/10/2018 | 43 | $ 20.4350 | $ 163.4800 | $ 7,029.64 | 2.73% | 11/11/2018 | 1084 | $ 0.53 | $ 585.48 | $ 7,615.12 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,698.41 |
| 52 | Mays | Danny | 2139 - Project Associate Engineer | 11/21/2018 | 42 | $ 35.8668 | $ 286.9344 | $ 12,051.24 | 2.73% | 11/22/2018 | 1073 | $ 0.90 | $ 993.26 | $ 13,044.50 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 14,126.92 |
| 53 | Mays | Mark | 2409 - DIRECTOR, MANUFACTURING | 11/21/2018 | 42 | $ 48.0769 | $ 384.6152 | $ 16,153.84 | 2.73% | 11/22/2018 | 1073 | $ 1.21 | $ 1,331.39 | $ 17,485.23 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 18,567.65 |
| 54 | McClain | David | 4719 - Aluminum Piston Lathe | 11/16/2018 | 42 | $ 21.2799 | $ 170.2392 | $ 7,150.05 | 2.73% | 11/17/2018 | 1078 | $ 0.53 | $ 592.13 | $ 7,742.17 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,824.99 |
| 55 | McMillan | Floyd | 4614 - GRINDER HARD SHAFTS | 11/10/2018 | 43 | $ 18.5130 | $ 156.1040 | $ 6,712.47 | 2.73% | 11/11/2018 | 1084 | $ 0.50 | $ 559.07 | $ 7,271.54 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,354.83 |
| 56 | McMurray | Joyce | 1826 - Sr. Acct. Administrator | 11/21/2018 | 42 | $ 23.6368 | $ 189.0944 | $ 7,941.96 | 2.73% | 11/22/2018 | 1073 | $ 0.59 | $ 654.57 | $ 8,596.54 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 9,678.96 |
| 57 | Mullins | Jackie | 4631 - LATHE SOFT SHAFTS | 11/16/2018 | 42 | $ 14.5550 | $ 116.4400 | $ 4,890.48 | 2.73% | 11/17/2018 | 1078 | $ 0.37 | $ 405.00 | $ 5,295.48 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 6,378.30 |
| 58 | Mullins | Tommy | 4631 - LATHE SOFT SHAFTS | 11/10/2018 | 43 | $ 18.7420 | $ 149.9360 | $ 6,447.25 | 2.73% | 11/11/2018 | 1084 | $ 0.48 | $ 536.98 | $ 6,984.23 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,067.51 |

**Subclass 3**
Terminated without cause on their part after August 31, 2018.

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Summary of WARN Act Covered Employees
As of July 31, 2018

Annual rate 2.73% compounded annually

| # | Last Name | First Name | Job Code | Term Date | Work Days | Rate of Pay | Pay Per Day | Daily Rate x Work Days | Interest Rate | Start Date | Days Through 10/29/2021 | Daily Interest | 2.42% Interest fr. start date - 10/29/2021 | Total Interest & Payroll Claim | Stay Bonus Due | 2.42% Interest fr. start date - 10/29/2021 | Total Stay Bonus & Interest Due | Grand Total Due to Employees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 59 | Murray | Glean | 4706 - CRANKCASE OPERATOR A | 11/10/2018 | 43 | $ 21.5951 | $ 172.7608 | $ 7,428.71 | 2.73% | 11/11/2018 | 1084 | $ 0.56 | $ 618.72 | $ 8,047.44 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,130.72 |
| 60 | Norris | Brett | 1907 - Process Supervisor | 11/10/2018 | 43 | $ 25.0000 | $ 200.0000 | $ 8,600.00 | 2.73% | 11/11/2018 | 1084 | $ 0.64 | $ 716.28 | $ 9,316.28 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 10,399.56 |
| 61 | Nunley | Carles | 4709 - CRANKCASE OPER G LINE | 11/10/2018 | 43 | $ 21.9799 | $ 175.6392 | $ 7,551.09 | 2.73% | 11/11/2018 | 1084 | $ 0.57 | $ 629.75 | $ 8,190.83 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,274.12 |
| 62 | Olinger | Jackie | 2202 - SR. MANUF ENGINEER | 11/21/2018 | 42 | $ 39.4231 | $ 315.3848 | $ 13,246.16 | 2.73% | 11/22/2018 | 1073 | $ 0.99 | $ 1,091.74 | $ 14,357.91 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 15,420.33 |
| 63 | OQuinn | David | 4800 - Process Lead | 11/3/2018 | 43 | $ 25.6648 | $ 205.3184 | $ 8,828.69 | 2.73% | 11/4/2018 | 1091 | $ 0.66 | $ 740.20 | $ 9,568.89 | $ 1,000.00 | $ 83.84 | $ 1,083.84 | $ 10,652.73 |
| 64 | Orr | Dorothy | 4614 - GRINDER HARD SHAFTS | 11/10/2018 | 43 | $ 18.7090 | $ 149.6720 | $ 6,435.90 | 2.73% | 11/11/2018 | 1084 | $ 0.48 | $ 536.03 | $ 6,971.93 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 8,055.22 |
| 65 | Powers | Joy | 1828 - Sr. Acct. Administrator | 11/21/2018 | 42 | $ 23.3181 | $ 186.5528 | $ 7,835.22 | 2.73% | 11/22/2018 | 1073 | $ 0.58 | $ 645.78 | $ 8,480.99 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 9,563.41 |
| 66 | Richards | Larry | 4706 - CRANKCASE OPERATOR A | 11/16/2018 | 42 | $ 21.9136 | $ 175.3088 | $ 7,362.97 | 2.73% | 11/17/2018 | 1078 | $ 0.55 | $ 609.76 | $ 7,972.73 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 9,055.54 |
| 67 | Richardson | Brenda | 1901 - AP Administrator | 11/21/2018 | 42 | $ 25.8026 | $ 206.4160 | $ 8,669.47 | 2.73% | 11/22/2018 | 1073 | $ 0.65 | $ 714.53 | $ 9,384.01 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 10,466.43 |
| 68 | Rivera | Jose | 2138 - Enterprise System Manager | 11/21/2018 | 42 | $ 48.7861 | $ 390.2888 | $ 16,392.13 | 2.73% | 11/22/2018 | 1073 | $ 1.23 | $ 1,351.03 | $ 17,743.16 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 18,825.58 |
| 69 | Rodefer | Randel | 4613 - BORE OPERATOR CONROD | 11/16/2018 | 42 | $ 23.6840 | $ 169.4720 | $ 7,957.82 | 2.73% | 11/17/2018 | 1078 | $ 0.60 | $ 659.02 | $ 8,616.85 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 9,699.66 |
| 70 | Saltz | Danny | 4704 - Forklift and Tugger Operator | 11/16/2018 | 42 | $ 20.8100 | $ 166.4800 | $ 6,992.16 | 2.73% | 11/17/2018 | 1078 | $ 0.52 | $ 579.05 | $ 7,571.21 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 8,654.03 |
| 71 | Scyphers | Karen | 4523 - Valve Plate Assembly | 11/16/2018 | 42 | $ 18.8399 | $ 150.7192 | $ 6,330.21 | 2.73% | 11/17/2018 | 1078 | $ 0.47 | $ 524.23 | $ 6,854.44 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 7,937.25 |
| 72 | Sexton | Bethany | 2232 - MGR OF GENERAL ACCOUNTING | 11/21/2018 | 42 | $ 39.2957 | $ 314.3656 | $ 13,203.38 | 2.73% | 11/22/2018 | 1073 | $ 0.99 | $ 1,088.22 | $ 14,291.57 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 15,373.99 |
| 73 | Sexton | Michael | 4708 - CRANKCASE OPER G LINE | 11/10/2018 | 43 | $ 20.4591 | $ 163.6728 | $ 7,037.93 | 2.73% | 11/11/2018 | 1084 | $ 0.53 | $ 586.17 | $ 7,624.11 | $ 1,000.00 | $ 83.28 | $ 1,083.29 | $ 8,707.39 |
| 74 | Shaw | Norma | 2001 - EXECUTIVE ASSISTANT | 11/21/2018 | 42 | $ 31.0826 | $ 248.6608 | $ 10,443.75 | 2.73% | 11/22/2018 | 1073 | $ 0.78 | $ 860.77 | $ 11,304.52 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,386.94 |
| 75 | Shaw | Rico | 4556 - CHARGE LINE WELD II | 11/10/2018 | 43 | $ 10.7651 | $ 86.1208 | $ 3,703.19 | 2.73% | 11/11/2018 | 1084 | $ 0.28 | $ 308.43 | $ 4,011.63 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 5,094.91 |
| 76 | Smithson | Roger | 2071 - Associate Engineer | 11/21/2018 | 42 | $ 30.2885 | $ 242.3080 | $ 10,176.94 | 2.73% | 11/22/2018 | 1073 | $ 0.76 | $ 838.78 | $ 11,015.72 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,098.14 |
| 77 | Steele | Michael | 1926 - IS DATA COLLECTION SYSTEMS | 11/21/2018 | 42 | $ 32.6359 | $ 261.0872 | $ 10,965.66 | 2.73% | 11/22/2018 | 1073 | $ 0.82 | $ 903.79 | $ 11,869.45 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 12,951.87 |
| 78 | Stiltner | Pamela | 2175 - Infrastructure Tech Manager | 11/21/2018 | 42 | $ 34.6676 | $ 277.3408 | $ 11,648.31 | 2.73% | 11/22/2018 | 1073 | $ 0.87 | $ 960.05 | $ 12,608.36 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 13,690.78 |
| 79 | Stout | Jamie | 4706 - CRANKCASE OPERATOR A | 11/10/2018 | 43 | $ 21.5950 | $ 172.7600 | $ 7,428.68 | 2.73% | 11/11/2018 | 1084 | $ 0.56 | $ 618.72 | $ 8,047.40 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,130.69 |
| 80 | Sullins | Robert | 4807 - MAINTENANCE A | 11/16/2018 | 42 | $ 25.6001 | $ 204.8008 | $ 8,601.63 | 2.73% | 11/17/2018 | 1078 | $ 0.64 | $ 712.34 | $ 9,313.97 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 10,396.79 |
| 81 | Thomas | Timothy | 4749 - SMALL ASSEMBLY CELL | 11/16/2018 | 42 | $ 22.4322 | $ 179.4576 | $ 7,537.22 | 2.73% | 11/17/2018 | 1078 | $ 0.56 | $ 624.19 | $ 8,161.41 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 9,244.22 |
| 82 | Walls | Alison | 4704 - Forklift and Tugger Operator | 11/16/2018 | 42 | $ 22.4383 | $ 179.5064 | $ 7,539.27 | 2.73% | 11/17/2018 | 1078 | $ 0.56 | $ 624.36 | $ 8,163.63 | $ 1,000.00 | $ 82.81 | $ 1,082.81 | $ 9,246.44 |
| 83 | Wampler | Jeffery | 4631 - LATHE SOFT SHAFTS | 11/10/2018 | 43 | $ 22.6400 | $ 189.3200 | $ 7,753.76 | 2.73% | 11/11/2018 | 1084 | $ 0.58 | $ 645.79 | $ 8,399.55 | $ 1,000.00 | $ 83.29 | $ 1,083.29 | $ 9,482.84 |
| 84 | Weston | Christopher | 2023 - MANUFACTURING ENGINEER | 11/21/2018 | 42 | $ 45.0901 | $ 360.7208 | $ 15,150.27 | 2.73% | 11/22/2018 | 1073 | $ 1.13 | $ 1,248.68 | $ 16,398.95 | $ 1,000.00 | $ 82.42 | $ 1,082.42 | $ 17,481.37 |

Total Owed $741,005.85    $ 61,571.92    $ 802,577.88    $ 8,979.59    $ 90,979.59    $ 893,557.45

* All employees listed termited due to workforce reduction

3 of 3