# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **TONY A. MESSER, ET AL.,** | ) | |
| Plaintiffs, | ) ) ) | Case No. 1:18CV00040 |
| v. | ) ) ) | **JUDGMENT** |
| **BRISTOL COMPRESSORS INTERNATIONAL, LLC,** | ) ) ) ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

Judgment is hereby entered against Bristol Compressors International, LLC, in favor of the Class Members listed in Exhibits 3 and 4 of the Opinion and Order entered November 3, 2021, ECF No. 153, in the amounts as set forth as to each Class Member in the final column of such exhibits, entitled Total Interest and Payroll Claim on Exhibit 3 and Grand Total Due to Employees on Exhibit 4.

The Clerk shall close the case, subject to Class Counsel's filing of a motion for attorney's fees and non-taxable costs as set forth in the Opinion and Order referenced above.

It is so **ORDERED**.

ENTER: November 4, 2021

/s/ JAMES P. JONES
Senior United States District Judge