◣AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Tony A. Messer, et al,
V
Bristol Compressors International, LLC

**EXHIBIT AND WITNESS LIST**

Case Number: 1:18CV40

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 1 | | 01/11/2024 | y | y | CV of Thomas M. Hicok, CPA, CVA, MAFF | Hicok |
| 2 | | 01/11/2024 | y | y | Document titled 'Steps taken in calculating Severance Pay' | Hicok |
| 8 | | 01/11/2024 | y | y | Computation of Severance Pay Group of Four Employees | Hicok |
| 9 | | 01/11/2024 | y | y | Summary of WARN Act Covered Employees Group of Four Employees | Hicok |
| 5 | | 01/11/2024 | y | y | Computation of Severance Pay Subclass 1 | Hicok |
| 6 | | 01/11/2024 | y | y | Computation of Severance Pay Subclass 2 | Hicok |
| 7 | | 01/11/2024 | y | y | Computation of Severance Pay Subclass 3 | Hicok |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 1