Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 1 - Terminated Without Cause on Their Part Between July 31, 2018 and August 31, 2018

Exhibit 5



| # | Last Name | First Name | Job Code | Hire Date | Term Date | Years of Service | Hourly Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 0.09% Interest until January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Ball | Delmer | 1766 - Model Maker A | 11/30/1994 | 8/2/2018 | 23.67 | $26.1200 | 340 | $ 8,880.80 | $ 43.53 | $ 8,924.33 |
| 2 | Barbrow | Phillip | 1930 - Field Service Engineer | 6/14/1976 | 8/2/2018 | 42.13 | $27.0211 | 340 | $ 9,187.17 | $ 45.03 | $ 9,232.20 |
| 3 | Bolton | George | 2408 - DIR of Sourcing and Productivity | 10/18/2017 | 8/18/2018 | 0.83 | $60.0961 | 0 | $ - | $ - | $ - |
| 4 | Booker | John | 1702 - Sr. Psychrometric | 1/30/1978 | 8/2/2018 | 40.51 | $26.2515 | 340 | $ 8,925.51 | $ 43.75 | $ 8,969.26 |
| 5 | Campbell | Kevin | 4807 - MAINTENANCE A | 11/15/2017 | 8/2/2018 | 0.71 | $20.0000 | 0 | $ - | $ - | $ - |
| 6 | Compton | Paula | 1818 - ENGSYSTEMS ADMINISTOR | 1/24/2018 | 8/2/2018 | 0.52 | $24.0385 | 0 | $ - | $ - | $ - |
| 7 | Douglas | Robert | 1916 - SR. PRODUCT DESIGNER | 5/9/1983 | 8/2/2018 | 35.23 | $27.3244 | 340 | $ 9,290.30 | $ 45.54 | $ 9,335.84 |
| 8 | Eades | Robert | 2706 - VP, Quality and Reliability | 5/18/1987 | 8/2/2018 | 31.21 | $67.3078 | 340 | $ 22,884.65 | $ 112.18 | $ 22,996.83 |
| 9 | Emerson | Ronnie | 1766 - Model Maker A | 4/24/1978 | 8/2/2018 | 40.27 | $27.0486 | 340 | $ 9,196.52 | $ 45.08 | $ 9,241.60 |
| 10 | Farmer | Delmer | 1701 - SENIOR TECHNICIAN | 1/13/1988 | 8/2/2018 | 30.55 | $23.6900 | 340 | $ 8,054.60 | $ 39.48 | $ 8,094.08 |
| 11 | Gilliam | David | 2302 - PRINCIPAL ENGINEER | 7/15/1985 | 8/2/2018 | 33.05 | $44.2983 | 340 | $ 15,061.42 | $ 73.83 | $ 15,135.25 |
| 12 | Gross | Shawn | 1701 - SENIOR TECHNICIAN | 10/17/1994 | 8/2/2018 | 23.79 | $20.6400 | 340 | $ 7,017.60 | $ 34.40 | $ 7,052.00 |
| 13 | Harlow | Jonathan | 1903 - Cost Accountant | 3/27/2017 | 8/1/2018 | 1.34 | $24.0385 | 80 | $ 1,923.08 | $ 9.43 | $ 1,932.51 |
| 14 | Helton | David | 1716 - SR. TEAM LEADER | 12/5/1983 | 8/2/2018 | 34.66 | $26.4538 | 340 | $ 8,994.29 | $ 44.09 | $ 9,038.38 |
| 15 | Hemdon | Fred | 1701 - SENIOR TECHNICIAN | 6/7/2010 | 8/2/2018 | 8.15 | $20.4803 | 160 | $ 3,276.85 | $ 16.06 | $ 3,292.91 |
| 16 | Hicks | Benjie | 1701 - SENIOR TECHNICIAN | 5/4/1992 | 8/3/2018 | 26.25 | $22.3320 | 340 | $ 7,592.88 | $ 37.20 | $ 7,630.08 |
| 17 | Hutton | William | 1701 - SENIOR TECHNICIAN | 2/29/1988 | 8/2/2018 | 30.42 | $23.8976 | 340 | $ 8,125.18 | $ 39.83 | $ 8,165.01 |
| 18 | Leonard | Phillip | 1916 - SR. PRODUCT DESIGNER | 6/17/1981 | 8/2/2018 | 37.13 | $23.1338 | 340 | $ 7,865.49 | $ 38.56 | $ 7,904.05 |
| 19 | Lojk | Luka | 2705 - Vice President, Mkt & Sales | 1/17/2017 | 8/3/2018 | 1.54 | $96.1539 | 80 | $ 7,692.31 | $ 37.69 | $ 7,730.00 |
| 20 | Luttrell | Kendall | 1701 - SENIOR TECHNICIAN | 5/12/1986 | 8/2/2018 | 32.22 | $28.0500 | 340 | $ 9,537.00 | $ 46.75 | $ 9,583.75 |
| 21 | Mathure | Nishant | 2302 - PRINCIPAL ENGINEER | 1/2/2017 | 8/2/2018 | 1.58 | $41.8269 | 80 | $ 3,346.15 | $ 16.40 | $ 3,362.55 |
| 22 | Mays | Velma | 2118 - Customer Service Systems | 9/25/1978 | 8/1/2018 | 39.85 | $32.1435 | 340 | $ 10,928.79 | $ 53.60 | $ 10,982.39 |
| 23 | Messer | Tony | 1701 - SENIOR TECHNICIAN | 2/7/1978 | 8/2/2018 | 40.49 | $22.5250 | 340 | $ 7,658.50 | $ 37.54 | $ 7,696.04 |
| 24 | Milhorn | Ronald | 1766 - Model Maker A | 12/18/2017 | 8/2/2018 | 0.62 | $27.1392 | 0 | $ - | $ - | $ - |
| 25 | Mumpower | Kevin | 2707 - V.P. DEVELOP ENGINEER | 9/20/2010 | 8/1/2018 | 7.86 | $76.3823 | 140 | $ 10,693.52 | $ 52.45 | $ 10,745.97 |
| 26 | Murray | Darrell | 1716 - SR. TEAM LEADER | 2/9/1983 | 8/2/2018 | 35.48 | $26.5692 | 340 | $ 9,033.53 | $ 44.28 | $ 9,077.81 |
| 27 | Nelson | Robert | 4561 - Floor Scubber | 3/9/1989 | 8/2/2018 | 29.40 | $17.7139 | 340 | $ 6,022.73 | $ 29.52 | $ 6,052.25 |
| 28 | Newland | Joseph | 2211 - SR. PROJECT ENGINEER | 5/24/2010 | 8/2/2018 | 8.19 | $32.9280 | 160 | $ 5,268.48 | $ 25.83 | $ 5,294.31 |

Exhibit 5

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 1 - Terminated Without Cause on Their Part Between July 31, 2018 and August 31, 2018

| | Last Name | First Name | Job Code | Hire Date | Term Date | Years of Service | Hourly Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 0.09% Interest until January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Paolucci | Amy | 1503 - Admin Asst. (Floating) | 7/25/2017 | 8/1/2018 | 1.02 | $18.0000 | 80 | $ 1,440.00 | $ 7.06 | $ 1,447.06 |
| 30 | Parker | Michael | 2072 - Engineering Lab Manager | 8/27/2007 | 8/18/2018 | 10.98 | $30.0000 | 200 | $ 6,000.00 | $ 29.17 | $ 6,029.17 |
| 31 | Rust | Barry | 2507 - Sales Consultant | 6/5/2018 | 8/3/2018 | 0.16 | $65.0000 | 0 | $ - | $ - | $ - |
| 32 | Sharp | Daryl | 1701 - SENIOR TECHNICIAN | 10/12/1987 | 8/2/2018 | 30.81 | $23.3900 | 340 | $ 7,952.60 | $ 38.98 | $ 7,991.58 |
| 33 | Sheets | David | 1701 - SENIOR TECHNICIAN | 3/9/1981 | 8/2/2018 | 37.40 | $23.7509 | 340 | $ 8,075.31 | $ 39.58 | $ 8,114.89 |
| 34 | Stewart | Charlotte | 1818 - ENGSYSTEMS ADMINISTOR | 1/8/2018 | 8/2/2018 | 0.57 | $31.0000 | 0 | $ - | $ - | $ - |
| 35 | Stiltner | Dennis | 1716 - SR. TEAM LEADER | 11/22/1993 | 8/2/2018 | 24.69 | $24.5820 | 340 | $ 8,357.88 | $ 40.97 | $ 8,398.85 |
| 36 | Stovall | David | 1766 - Model Maker A | 3/7/1983 | 8/2/2018 | 35.40 | $26.4294 | 340 | $ 8,986.00 | $ 44.05 | $ 9,030.05 |
| 37 | Stringer | Hugh | 2210 - Mgr of Design Services | 6/17/1974 | 8/2/2018 | 44.13 | $33.5000 | 340 | $ 11,390.00 | $ 55.83 | $ 11,445.83 |
| 38 | Sweet | Nicholas | 1905 - SUPERVISOR | 1/17/1994 | 8/2/2018 | 24.54 | $28.5745 | 340 | $ 9,715.33 | $ 47.62 | $ 9,762.95 |
| 39 | Vestal | Charles | 1712 - FACILITIES TECHNICIAN | 2/8/1993 | 8/18/2018 | 25.53 | $24.4340 | 340 | $ 8,307.56 | $ 40.40 | $ 8,347.96 |
| 40 | Walls | Laura | 1916 - SR. PRODUCT DESIGNER | 3/28/1983 | 8/2/2018 | 35.34 | $25.9511 | 340 | $ 8,823.37 | $ 43.25 | $ 8,866.62 |
| 41 | Wampler | Timothy | 2024 - Applied Engineer | 5/31/1983 | 8/2/2018 | 35.17 | $26.2944 | 340 | $ 8,940.10 | $ 43.82 | $ 8,983.92 |
| 42 | Wolfenbarger | Christie | 1720 - Special Projects | 3/5/2018 | 8/1/2018 | 0.41 | $24.0000 | 0 | $ - | $ - | $ - |
| 43 | Worley | Ronnie | 1719 - Sr. Sample Coordinator | 1/30/1991 | 8/2/2018 | 27.51 | $22.5941 | 340 | $ 7,681.99 | $ 37.66 | $ 7,719.65 |
| 44 | Younce | Velma | 1919 - Supply Chain Buyer | 1/22/2018 | 8/2/2018 | 0.53 | $14.0000 | 0 | $ - | $ - | $ - |
| | | | | | | | | Total | $ 302,127.49 | $ 1,480.44 | $ 303,607.93 |