

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| # | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams | Larry | 85381 | 4603 - MACHINE OILER AND PUMPER | 9/13/1991 | 11/16/2018 | 27.18 | $ 18.0000 | 340 | $ 6,120.00 | $ 763.65 | $ 6,883.65 |
| 2 | Arnold | Debra | 91420 | 4631 - LATHE SOFT SHAFTS | 7/18/1994 | 11/10/2018 | 24.31 | $ 17.2496 | 340 | $ 5,864.86 | $ 734.15 | $ 6,599.01 |
| 3 | Ball | William | 96280 | 4547 - BRAZER LOWER HOUSINGS | 9/2/1994 | 11/10/2018 | 24.19 | $ 18.9800 | 340 | $ 6,453.20 | $ 807.79 | $ 7,260.99 |
| 4 | Bare | John Michael | 43830 | 4813 - Waste Treatment Operator | 5/11/1987 | 11/16/2018 | 31.51 | $ 26.4947 | 340 | $ 9,008.20 | $ 1,124.04 | $ 10,132.24 |
| 5 | Batiste | Bill | 90200 | 4552 - CAROUSEL | 3/24/1993 | 11/16/2018 | 25.64 | $ 16.6600 | 340 | $ 5,664.40 | $ 706.80 | $ 6,371.20 |
| 6 | Belcher | Paul | 77230 | 1508 - QUALITY ENGINEER TECH | 2/12/1975 | 11/10/2018 | 43.74 | $ 21.8643 | 340 | $ 7,433.86 | $ 930.55 | $ 8,364.41 |
| 7 | Blakely | Michael | 64630 | 4749 - SMALL ASSEMBLY CELL | 4/25/1994 | 11/10/2018 | 24.54 | $ 18.6421 | 340 | $ 6,338.31 | $ 793.41 | $ 7,131.72 |
| 8 | Blevins | Tammy | 54170 | 4614 - GRINDER HARD SHAFTS | 2/20/2017 | 11/10/2018 | 1.72 | $ 18.1167 | 80 | $ 1,449.34 | $ 181.42 | $ 1,630.76 |
| 9 | Boardwine | William | 97270 | 4749 - SMALL ASSEMBLY CELL | 12/21/1988 | 11/16/2018 | 29.90 | $ 19.9900 | 340 | $ 6,796.60 | $ 848.07 | $ 7,644.67 |
| 10 | Booher | Janice | 10650 | 4564 - FINAL TEST LINE III | 4/20/1987 | 11/16/2018 | 31.57 | $ 16.9208 | 340 | $ 5,753.07 | $ 717.86 | $ 6,470.93 |
| 11 | Booher | Paul | 75260 | 4800 - Process Lead | 8/28/1978 | 11/16/2018 | 40.22 | $ 28.5389 | 340 | $ 9,703.23 | $ 1,210.76 | $ 10,913.99 |
| 12 | Brock | Donnie | 49860 | 4516 - HOUSING PREP | 9/19/1994 | 11/18/2018 | 24.16 | $ 17.2058 | 340 | $ 5,849.97 | $ 729.95 | $ 6,579.92 |
| 13 | Brooks | Eric | 41020 | 4614 - GRINDER HARD SHAFTS | 12/6/1991 | 11/10/2018 | 26.93 | $ 18.5334 | 340 | $ 6,301.36 | $ 788.79 | $ 7,090.15 |
| 14 | Brown | Daniel | 30017 | 4540 - FORKLIFT BRAZING | 6/29/1987 | 11/10/2018 | 31.36 | $ 19.6200 | 340 | $ 6,670.80 | $ 835.03 | $ 7,505.83 |
| 15 | Brown | Tammy | 30616 | 4749 - SMALL ASSEMBLY CELL | 2/8/2017 | 11/16/2018 | 1.77 | $ 12.6900 | 80 | $ 1,015.20 | $ 126.68 | $ 1,141.88 |
| 16 | Browning | Diana | 15700 | 4564 - FINAL TEST LINE III | 4/20/1991 | 11/16/2018 | 27.57 | $ 15.5925 | 340 | $ 5,301.45 | $ 661.51 | $ 5,962.96 |
| 17 | Brummitt | Dennis | 22900 | 4548 - Single Pack Operator | 12/16/1987 | 11/16/2018 | 30.92 | $ 19.9400 | 340 | $ 6,779.60 | $ 845.95 | $ 7,625.55 |
| 18 | Bussey | Angela | 30032 | 4749 - SMALL ASSEMBLY CELL | 2/6/2012 | 11/16/2018 | 6.78 | $ 19.0717 | 120 | $ 2,288.60 | $ 285.57 | $ 2,574.17 |
| 19 | Cadle | Gary | 30077 | 4565 - CRT OPERATOR FINAL TEST | 1/18/1988 | 11/3/2018 | 30.79 | $ 18.6103 | 340 | $ 6,327.50 | $ 794.99 | $ 7,122.49 |
| 20 | Calhoun | Kimberly | 18751 | 4749 - SMALL ASSEMBLY CELL | 7/19/2016 | 11/10/2018 | 2.31 | $ 17.0000 | 80 | $ 1,360.00 | $ 170.24 | $ 1,530.24 |
| 21 | Callahan | John | 99380 | 4625 - WELD REPAIR | 12/6/1983 | 11/16/2018 | 34.94 | $ 23.4370 | 340 | $ 7,968.58 | $ 994.31 | $ 8,962.89 |
| 22 | Campbell | Jimmy | 67990 | 4512 - INDEX DRILL CYLINDER HEADS | 5/1/2017 | 11/10/2018 | 1.53 | $ 19.6677 | 80 | $ 1,573.42 | $ 196.96 | $ 1,770.38 |
| 23 | Campbell | Mark | 48850 | 4621 - HOUSING OPERATOR | 5/11/1987 | 11/10/2018 | 31.50 | $ 20.0368 | 340 | $ 6,812.51 | $ 852.77 | $ 7,665.28 |
| 24 | Carr | Joseph | 11018 | 4536 - AUTO SEAM WELDER | 4/30/2012 | 11/16/2018 | 6.54 | $ 14.4767 | 120 | $ 1,737.20 | $ 216.77 | $ 1,953.97 |
| 25 | Carrier | Thomas | 00680 | 4522 - Cylinder Head Assembly | 1/2/1989 | 11/16/2018 | 29.87 | $ 16.9129 | 340 | $ 5,750.39 | $ 717.53 | $ 6,467.92 |
| 26 | Carter | Cecil S. | 30402 | 4807 - MAINTENANCE A | 8/11/2014 | 11/16/2018 | 4.26 | $ 21.2969 | 80 | $ 1,703.75 | $ 212.59 | $ 1,916.34 |
| 27 | Casey | Carles | 13453 | 4749 - SMALL ASSEMBLY CELL | 1/16/2003 | 11/10/2018 | 15.82 | $ 15.2600 | 300 | $ 4,578.00 | $ 573.06 | $ 5,151.06 |
| 28 | Castle | Joseph | 21670 | 4706 - CRANKCASE OPERATOR A | 9/5/1994 | 11/10/2018 | 24.18 | $ 19.6201 | 340 | $ 6,670.83 | $ 835.03 | $ 7,505.86 |
| 29 | Castle | Lisa | 60721 | 4553 - SUBMERGED TANK LEAK | 1/4/1992 | 11/10/2018 | 26.85 | $ 17.9520 | 340 | $ 6,103.68 | $ 764.04 | $ 6,867.72 |
| 30 | Caywood | Deborah | 17050 | 1508 - QUALITY ENGINEER TECH | 1/2/1979 | 11/10/2018 | 39.86 | $ 21.1877 | 340 | $ 7,203.82 | $ 901.75 | $ 8,105.57 |
| 31 | Chapman | Tim | 65140 | 4568 - PULL PLUG AND SIZE TUBES | 2/17/1988 | 11/16/2018 | 30.75 | $ 17.2937 | 340 | $ 5,879.86 | $ 733.68 | $ 6,613.54 |
| 32 | Childress | Oscar | 05700 | 1606 - Team Leader | 1/4/1988 | 11/16/2018 | 30.87 | $ 26.9574 | 340 | $ 9,165.52 | $ 1,143.67 | $ 10,309.19 |

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 | Church | Wanda | 71500 | 4614 - GRINDER HARD SHAFTS | 12/12/2018 | 11/10/2018 | 1.91 | $ 18.1167 | 80 | $ 1,449.34 | $ 181.42 | $ 1,630.76 |
| 34 | Cloud | Orville | 91281 | 4538 - AUTO SEAM WELDER | 4/20/1987 | 11/16/2018 | 31.57 | $ 18.9288 | 340 | $ 6,435.79 | $ 803.05 | $ 7,238.84 |
| 35 | Compton | Scott | 01841 | 4625 - WELD REPAIR | 10/7/1994 | 11/15/2018 | 24.11 | $ 19.4615 | 340 | $ 6,616.91 | $ 825.65 | $ 7,442.56 |
| 36 | Cook | Gregory | 86160 | 4749 - SMALL ASSEMBLY CELL | 1/9/1995 | 11/16/2018 | 23.85 | $ 23.7457 | 340 | $ 8,073.54 | $ 1,007.41 | $ 9,080.95 |
| 37 | Cook | Jerry | 14280 | 4642 - Small Wash and Chemicals | 8/25/1986 | 11/16/2018 | 32.23 | $ 20.2329 | 340 | $ 6,879.19 | $ 858.38 | $ 7,737.57 |
| 38 | Cook | Timothy | 59742 | 1734 - Weld Tech and Programmer | 2/19/1988 | 11/10/2018 | 30.73 | $ 23.5486 | 340 | $ 8,005.84 | $ 1,002.15 | $ 9,007.99 |
| 39 | Court | William | 07521 | 4560 - Robotic Deburr Cell | 7/18/1988 | 11/10/2018 | 30.31 | $ 20.1300 | 340 | $ 6,844.20 | $ 856.74 | $ 7,700.94 |
| 40 | Cox | James | 74210 | 4500 - Forklift Operator | 8/26/1991 | 11/10/2018 | 27.21 | $ 18.7150 | 340 | $ 6,363.10 | $ 796.51 | $ 7,159.61 |
| 41 | Cross | Angela | 70241 | 4544 - RESISTANCE WELD II | 4/11/1991 | 11/10/2018 | 27.58 | $ 17.1948 | 340 | $ 5,846.23 | $ 731.81 | $ 6,578.04 |
| 42 | Culbertson | Sharon | 62180 | 4749 - SMALL ASSEMBLY CELL | 1/9/2012 | 11/15/2018 | 6.85 | $ 17.6432 | 120 | $ 2,117.18 | $ 264.18 | $ 2,381.36 |
| 43 | Davis | Homer | 41520 | 4714 - Throw Block Cell Operator | 6/1/1981 | 11/10/2018 | 37.44 | $ 23.0500 | 340 | $ 7,837.00 | $ 981.01 | $ 8,818.01 |
| 44 | Denton | John | 70740 | 4607 - GARDNER GRINDER CYLINDER HEADS | 3/5/1991 | 11/10/2018 | 27.68 | $ 18.8409 | 340 | $ 6,405.91 | $ 801.87 | $ 7,207.78 |
| 45 | Denton | Larry | 90381 | 4563 - FINAL TEST LINE II | 3/13/1984 | 11/16/2018 | 34.68 | $ 18.6280 | 340 | $ 6,333.52 | $ 790.29 | $ 7,123.81 |
| 46 | Dillard | Mark | 18960 | 4706 - CRANKCASE OPERATOR A | 4/15/1992 | 11/10/2018 | 26.57 | $ 20.5311 | 340 | $ 6,980.57 | $ 873.81 | $ 7,854.38 |
| 47 | Dingus | Lester | 30213 | 4807 - MAINTENANCE A | 3/29/2010 | 11/15/2018 | 8.63 | $ 22.5426 | 160 | $ 3,606.82 | $ 450.06 | $ 4,056.88 |
| 48 | Dixon | Michael | 03331 | 1722 - Sr. Q.E. Tech | 12/14/1987 | 11/10/2018 | 30.91 | $ 22.4477 | 340 | $ 7,632.22 | $ 955.38 | $ 8,587.60 |
| 49 | Doss | Peggy | 46530 | 4523 - Valve Plate Assembly | 9/16/1978 | 11/16/2018 | 42.17 | $ 19.6181 | 340 | $ 6,670.15 | $ 832.30 | $ 7,502.45 |
| 50 | Duckett | Clifton | 21230 | 4526 - FORKLIFT OPERATOR HOUSINGS | 10/3/2016 | 11/16/2018 | 2.12 | $ 19.4522 | 80 | $ 1,556.18 | $ 194.18 | $ 1,750.36 |
| 51 | Duty | Hassel | 88960 | 4569 - HOUSING BLOW OFF | 7/18/1994 | 11/10/2018 | 24.31 | $ 15.0109 | 340 | $ 5,103.71 | $ 638.87 | $ 5,742.58 |
| 52 | Dye | Carl | 22300 | 4706 - CRANKCASE OPERATOR A | 5/23/1988 | 11/10/2018 | 30.46 | $ 21.2333 | 340 | $ 7,219.32 | $ 903.69 | $ 8,123.01 |
| 53 | Dye | Jon | 66540 | 4621 - HOUSING OPERATOR | 12/14/1987 | 11/10/2018 | 30.91 | $ 19.5103 | 340 | $ 6,633.50 | $ 830.36 | $ 7,463.86 |
| 54 | Eads | Ricky | 52680 | 4749 - SMALL ASSEMBLY CELL | 2/8/1988 | 11/10/2018 | 30.76 | $ 20.7700 | 340 | $ 7,061.80 | $ 883.97 | $ 7,945.77 |
| 55 | Eldreth | Mark | 12870 | 4565 - CRT OPERATOR FINAL TEST | 4/27/1988 | 11/16/2018 | 30.55 | $ 17.0739 | 340 | $ 5,805.13 | $ 724.36 | $ 6,529.49 |
| 56 | Epperson | Robert | 81050 | 4714 - Throw Block Cell Operator | 5/6/1981 | 11/3/2018 | 37.49 | $ 22.1875 | 340 | $ 7,543.75 | $ 947.81 | $ 8,491.56 |
| 57 | Ferguson | Travis | 30752 | 4551 - BLK PCK HOOK AND OVERHEAD | 6/18/2017 | 11/16/2018 | 1.41 | $ 10.5000 | 80 | $ 840.00 | $ 104.81 | $ 944.81 |
| 58 | Fitzgerald | Nancy | 55580 | 4749 - SMALL ASSEMBLY CELL | 1/19/1993 | 11/16/2018 | 25.83 | $ 19.2600 | 340 | $ 6,548.40 | $ 817.10 | $ 7,365.50 |
| 59 | Fleenor | Joseph | 07531 | 4538 - AUTO SEAM WELDER | 4/12/1991 | 11/16/2018 | 27.59 | $ 17.5353 | 340 | $ 5,962.00 | $ 743.93 | $ 6,705.93 |
| 60 | Fleenor | Reece | 97810 | 4621 - HOUSING OPERATOR | 4/6/1987 | 11/16/2018 | 31.61 | $ 19.8610 | 340 | $ 6,752.74 | $ 842.60 | $ 7,595.34 |
| 61 | Fraley | Franklin | 17630 | 4563 - FINAL TEST LINE II | 10/26/1991 | 11/16/2018 | 27.05 | $ 16.6800 | 340 | $ 5,671.20 | $ 707.65 | $ 6,378.85 |
| 62 | Fritz | Mack | 91020 | 4508 - Almco Cylinder Heads | 3/2/1988 | 11/10/2018 | 30.69 | $ 18.2849 | 340 | $ 6,216.87 | $ 778.21 | $ 6,995.08 |
| 63 | Frye | Robert | 30601 | 4749 - SMALL ASSEMBLY CELL | 9/21/2015 | 11/10/2018 | 3.14 | $ 13.6500 | 80 | $ 1,092.00 | $ 136.69 | $ 1,228.69 |
| 64 | Gardner | Adam | 30025 | 4706 - CRANKCASE OPERATOR A | 12/17/2012 | 11/10/2018 | 5.90 | $ 20.9587 | 100 | $ 2,095.87 | $ 262.35 | $ 2,358.22 |

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | Garrett | Ricky | 94040 | 4558 - CHARGE LINE WELD II | 1/19/1999 | 11/16/2018 | 19.83 | $ 14.2649 | 340 | $ 4,850.07 | $ 605.19 | $ 5,455.26 |
| 66 | Geffers | Jenny | 77910 | 4512 - INDEX DRILL CYLINDER HEADS | 12/2/1991 | 11/16/2018 | 26.96 | $ 17.3158 | 340 | $ 5,887.37 | $ 734.62 | $ 6,621.99 |
| 67 | Geiger | Martin | 28770 | 4812 - TOOL AND DIE REPAIRMAN | 12/14/1987 | 11/16/2018 | 30.92 | $ 23.9546 | 340 | $ 8,144.56 | $ 1,016.27 | $ 9,160.83 |
| 68 | Gill | Gregory | 78400 | 4614 - GRINDER HARD SHAFTS | 3/15/1982 | 11/10/2018 | 36.65 | $ 23.2891 | 340 | $ 7,918.29 | $ 991.19 | $ 8,909.48 |
| 69 | Glover | Randy | 99401 | 4749 - SMALL ASSEMBLY CELL | 3/31/1989 | 11/10/2018 | 29.61 | $ 21.1830 | 340 | $ 7,202.22 | $ 901.55 | $ 8,103.77 |
| 70 | Glotzbach | Charles | 78950 | 4706 - CRANKCASE OPERATOR A | 3/16/1987 | 11/10/2018 | 31.65 | $ 21.3423 | 340 | $ 7,256.38 | $ 908.33 | $ 8,164.71 |
| 71 | Goode | Sharon | 84971 | 4544 - RESISTANCE WELD II | 1/18/1993 | 11/16/2018 | 25.83 | $ 18.2000 | 340 | $ 6,188.00 | $ 772.13 | $ 6,960.13 |
| 72 | Goodpasture | David | 28230 | 4640 - Cast Iron Piston Cell | 8/11/1984 | 11/10/2018 | 34.41 | $ 20.5201 | 340 | $ 6,976.83 | $ 873.34 | $ 7,850.17 |
| 73 | Gorley | Sharon | 45200 | 4515 - Transport Conveyor Operator | 12/19/1982 | 11/15/2018 | 35.91 | $ 21.2552 | 340 | $ 7,226.77 | $ 901.75 | $ 8,128.52 |
| 74 | Gragg | Billy | 84290 | 4800 - Process Lead | 10/8/1993 | 11/15/2018 | 25.11 | $ 23.4103 | 340 | $ 7,959.50 | $ 993.18 | $ 8,952.68 |
| 75 | Greer | David | 30389 | 4749 - SMALL ASSEMBLY CELL | 4/20/2014 | 11/10/2018 | 4.56 | $ 13.6825 | 80 | $ 1,094.60 | $ 137.02 | $ 1,231.62 |
| 76 | Grubb | Edward | 00820 | 4749 - SMALL ASSEMBLY CELL | 7/25/1994 | 11/16/2018 | 24.31 | $ 19.8597 | 340 | $ 6,752.30 | $ 842.55 | $ 7,594.85 |
| 77 | Gunn | John | 20041 | 4518 - HIGH PRES WASH ALMCO | 8/30/1991 | 11/10/2018 | 27.19 | $ 16.6352 | 340 | $ 5,655.97 | $ 708.00 | $ 6,363.97 |
| 78 | Hall | David | 99360 | 4544 - RESISTANCE WELD II | 1/20/1988 | 11/16/2018 | 30.82 | $ 17.7652 | 340 | $ 6,040.17 | $ 753.69 | $ 6,793.86 |
| 79 | Hall | Jackie | 51100 | 4556 - CHARGE LINE WELD II | 1/4/1983 | 11/16/2018 | 35.87 | $ 21.2333 | 340 | $ 7,219.32 | $ 900.82 | $ 8,120.14 |
| 80 | Hall | Timothy | 06092 | 4807 - MAINTENANCE A | 5/10/1993 | 11/16/2018 | 25.52 | $ 23.6200 | 340 | $ 8,030.80 | $ 1,002.08 | $ 9,032.88 |
| 81 | Hamm | Phillip | 46390 | 4547 - BRAZER LOWER HOUSINGS | 8/8/1995 | 11/18/2018 | 23.44 | $ 17.5700 | 340 | $ 5,973.80 | $ 745.41 | $ 6,719.21 |
| 82 | Hammond | Garry | 27470 | 1508 - QUALITY ENGINEER TECH | 10/31/1975 | 11/16/2018 | 43.04 | $ 24.7245 | 340 | $ 8,406.33 | $ 1,048.93 | $ 9,455.26 |
| 83 | Harper | Eric | 06020 | 4813 - Waste Treatment Operator | 3/24/1989 | 11/3/2018 | 29.61 | $ 25.6936 | 340 | $ 8,735.82 | $ 1,097.58 | $ 9,833.40 |
| 84 | Harless | Christopher | 46950 | 4551 - BLK PCK HOOK AND OVERHEAD | 9/1/1994 | 11/16/2018 | 24.21 | $ 19.2400 | 340 | $ 6,541.60 | $ 816.26 | $ 7,357.86 |
| 85 | Harris | Barton | 70940 | 4622 - GRINDER G VALVE PLATE RETAINER | 2/17/1988 | 11/10/2018 | 30.73 | $ 19.6200 | 340 | $ 6,670.80 | $ 835.03 | $ 7,505.83 |
| 86 | Harrison | Cathy | 30629 | 4523 - Valve Plate Assembly | 10/3/2018 | 11/10/2018 | 2.10 | $ 10.5000 | 80 | $ 840.00 | $ 105.15 | $ 945.15 |
| 87 | Harley | Donald | 60620 | 4635 - CYL HEAD CELL OPERATOR | 1/2/1992 | 11/10/2018 | 26.86 | $ 18.8300 | 340 | $ 6,402.20 | $ 801.41 | $ 7,203.61 |
| 88 | Hash | Richard | 20720 | 4706 - CRANKCASE OPERATOR A | 4/17/1985 | 11/10/2018 | 33.56 | $ 21.5118 | 340 | $ 7,314.01 | $ 915.55 | $ 8,229.56 |
| 89 | Hayden | Tim | 11801 | 4710 - TIG WELDER | 4/13/1987 | 11/10/2018 | 31.58 | $ 20.7390 | 340 | $ 7,051.26 | $ 882.66 | $ 7,933.92 |
| 90 | Hayes | Sandra | 41810 | 4749 - SMALL ASSEMBLY CELL | 5/15/1978 | 11/16/2018 | 40.50 | $ 20.9200 | 340 | $ 7,112.80 | $ 887.53 | $ 8,000.33 |
| 91 | Hicks | Johnnie | 52680 | 4749 - SMALL ASSEMBLY CELL | 1/25/1988 | 11/16/2018 | 30.81 | $ 19.9900 | 340 | $ 6,796.60 | $ 848.07 | $ 7,644.67 |
| 92 | Hines | Anthony | 42820 | 4631 - LATHE SOFT SHAFTS | 12/16/1987 | 11/10/2018 | 30.90 | $ 19.9598 | 340 | $ 6,786.33 | $ 849.49 | $ 7,635.82 |
| 93 | Hines | Lee | 89280 | 4800 - Process Lead | 1/22/1988 | 11/18/2018 | 30.82 | $ 25.1651 | 340 | $ 8,556.13 | $ 1,067.63 | $ 9,623.76 |
| 94 | Hines | Timothy | 91430 | 4522 - Cylinder Head Assembly | 3/9/1991 | 11/3/2018 | 27.65 | $ 17.2700 | 340 | $ 5,871.80 | $ 737.74 | $ 6,609.54 |
| 95 | Holbrook | Eddie | 69080 | 4547 - BRAZER LOWER HOUSINGS | 10/25/1993 | 11/16/2018 | 25.06 | $ 16.6682 | 340 | $ 5,667.19 | $ 707.15 | $ 6,374.34 |
| 96 | Honaker | Johnny | 84790 | 4706 - CRANKCASE OPERATOR A | 6/19/2012 | 11/10/2018 | 6.39 | $ 19.0057 | 120 | $ 2,280.68 | $ 285.49 | $ 2,566.17 |

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | Houser | Gary | 28990 | 4614 - GRINDER HARD SHAFTS | 12/21/1987 | 11/10/2018 | 30.89 | $ 19.2028 | 340 | $ 6,528.95 | $ 817.27 | $ 7,346.22 |
| 98 | Hughes | Paul | 74710 | 4800 - Process Lead | 7/14/1989 | 11/16/2018 | 29.34 | $ 25.6258 | 340 | $ 8,712.77 | $ 1,087.17 | $ 9,799.94 |
| 99 | Hutton | Mark | 29050 | 4557 - FINAL TEST LINE I | 5/31/1983 | 11/16/2018 | 35.46 | $ 17.0678 | 340 | $ 5,803.05 | $ 724.10 | $ 6,527.15 |
| 100 | Ingle | Barney | 58080 | 4807 - MAINTENANCE A | 12/19/1994 | 11/17/2018 | 23.91 | $ 23.5809 | 340 | $ 8,017.51 | $ 999.89 | $ 9,017.40 |
| 101 | Ingle | Robert | 51410 | 1806 - Team Leader | 6/1/1981 | 11/16/2018 | 37.46 | $ 21.0900 | 340 | $ 7,170.60 | $ 894.74 | $ 8,065.34 |
| 102 | Johnston | Charles | 97010 | 4749 - SMALL ASSEMBLY CELL | 12/15/1987 | 11/16/2018 | 30.92 | $ 19.2524 | 340 | $ 6,545.82 | $ 816.78 | $ 7,362.60 |
| 103 | Jordan | Cynthia | 99141 | 4815 - Document Control Specialist | 8/26/1991 | 11/16/2018 | 27.22 | $ 29.3048 | 340 | $ 9,963.63 | $ 1,243.25 | $ 11,206.88 |
| 104 | Keen | James | 92320 | 4631 - LATHE SOFT SHAFTS | 8/15/2016 | 11/16/2018 | 2.25 | $ 20.5000 | 80 | $ 1,640.00 | $ 204.64 | $ 1,844.64 |
| 105 | Kestner | Karen | 75410 | 4567 - FINAL TEST LINE IV | 2/9/1988 | 11/16/2016 | 30.77 | $ 16.9641 | 340 | $ 5,767.79 | $ 719.70 | $ 6,487.49 |
| 106 | Kiser | David | 21170 | 4704 - Forklift and Tugger Operator | 7/25/1994 | 11/16/2018 | 24.31 | $ 19.4882 | 340 | $ 6,625.99 | $ 826.79 | $ 7,452.78 |
| 107 | Krebs | Candy | 80241 | 4564 - FINAL TEST LINE III | 8/24/1987 | 11/18/2018 | 31.23 | $ 16.5914 | 340 | $ 5,641.08 | $ 703.89 | $ 6,344.97 |
| 108 | Lee | Daniel | 58030 | 4552 - CAROUSEL | 10/22/1993 | 11/16/2018 | 25.07 | $ 15.1649 | 340 | $ 5,156.07 | $ 643.37 | $ 5,799.44 |
| 109 | Leonard | Charles | 30552 | 4807 - MAINTENANCE A | 8/24/2015 | 11/18/2018 | 3.23 | $ 20.9700 | 80 | $ 1,677.60 | $ 209.33 | $ 1,886.93 |
| 110 | Lewis | Anthony | 30300 | 1743 - Weld Tech Mechanic | 6/29/2015 | 11/10/2018 | 3.36 | $ 29.4688 | 80 | $ 2,357.50 | $ 295.10 | $ 2,652.60 |
| 111 | Leonard | Alice | 05950 | 4800 - Process Lead | 8/1/1978 | 11/16/2018 | 40.46 | $ 30.5390 | 340 | $ 10,383.26 | $ 1,295.61 | $ 11,678.87 |
| 112 | Leonard | James | 96010 | 4563 - FINAL TEST LINE II | 7/1/1993 | 11/16/2018 | 25.38 | $ 14.8792 | 340 | $ 5,058.93 | $ 631.25 | $ 5,690.18 |
| 113 | Leonard | Jerry | 06130 | 4800 - Process Lead | 10/8/1991 | 11/10/2018 | 27.09 | $ 25.0762 | 340 | $ 8,525.91 | $ 1,067.25 | $ 9,593.16 |
| 114 | Lloyd | Aaron | 30702 | 4562 - Small Assy Cell Kitter | 2/2/2017 | 11/16/2018 | 1.79 | $ 11.9000 | 80 | $ 952.00 | $ 118.79 | $ 1,070.79 |
| 115 | Lloyd | Robert | 20430 | 4505 - Forklift and Cycle Counter | 2/23/2015 | 11/16/2018 | 3.73 | $ 17.5815 | 80 | $ 1,406.52 | $ 175.50 | $ 1,582.02 |
| 116 | Lloyd | Robin | 30458 | 4749 - SMALL ASSEMBLY CELL | 10/3/2016 | 11/18/2018 | 2.12 | $ 12.9100 | 80 | $ 1,032.80 | $ 128.87 | $ 1,161.67 |
| 117 | Mabry | Kenneth | 16550 | 4547 - BRAZER LOWER HOUSINGS | 4/17/1989 | 11/18/2018 | 29.58 | $ 18.2595 | 340 | $ 6,208.23 | $ 774.66 | $ 6,982.89 |
| 118 | Maiden | Darrin | 53910 | 4710 - TIG WELDER | 8/8/1987 | 11/10/2018 | 31.42 | $ 22.2000 | 340 | $ 7,548.00 | $ 944.84 | $ 8,492.84 |
| 119 | Maiden | Kenneth | 30495 | 1514 - QE Tech Metrology | 4/17/2018 | 11/10/2018 | 0.56 | $ 16.8200 | 0 | $ - | $ - | $ - |
| 120 | Mann | Michael | 04050 | 4718 - Mini Cell MS | 6/29/1987 | 11/10/2018 | 31.36 | $ 21.6819 | 340 | $ 7,371.85 | $ 922.79 | $ 8,294.64 |
| 121 | Marshall | Jerry | 30063 | 4551 - BLK PCK HOOK AND OVERHEAD | 10/6/1995 | 11/16/2018 | 23.11 | $ 15.4285 | 340 | $ 5,245.69 | $ 654.55 | $ 5,900.24 |
| 122 | Martin | Charles | 15610 | 1732 - Sr Elect and Electronics | 9/11/1991 | 11/16/2018 | 27.18 | $ 29.2900 | 340 | $ 9,958.60 | $ 1,242.63 | $ 11,201.23 |
| 123 | Martin | Ricky | 12686 | 4749 - SMALL ASSEMBLY CELL | 1/17/2012 | 11/10/2018 | 6.81 | $ 12.9263 | 120 | $ 1,551.16 | $ 194.17 | $ 1,745.33 |
| 124 | Malunn | Joshua | 30435 | 4749 - SMALL ASSEMBLY CELL | 2/23/2015 | 11/10/2018 | 3.71 | $ 12.7100 | 80 | $ 1,016.80 | $ 127.28 | $ 1,144.08 |
| 125 | McClanahan | Dentis | 96321 | 4800 - Process Lead | 3/18/1987 | 11/10/2018 | 31.65 | $ 25.6900 | 340 | $ 8,734.60 | $ 1,093.37 | $ 9,827.97 |
| 126 | McCloud | Tina | 63811 | 4553 - SUBMERGED TANK LEAK | 11/18/1987 | 11/10/2018 | 30.98 | $ 17.1928 | 340 | $ 5,845.55 | $ 731.73 | $ 6,577.28 |
| 127 | McCoy | Earn | 30080 | 4749 - SMALL ASSEMBLY CELL | 8/1/1995 | 11/10/2018 | 23.44 | $ 18.9594 | 340 | $ 6,446.20 | $ 806.92 | $ 7,253.12 |
| 128 | McCracken | Daniel | 89830 | 4749 - SMALL ASSEMBLY CELL | 10/22/1994 | 11/10/2018 | 24.05 | $ 18.7147 | 340 | $ 6,363.00 | $ 796.50 | $ 7,159.50 |

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| # | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 129 | McCracken | Mark | 79100 | 4706 - CRANKCASE OPERATOR A | 5/4/1987 | 11/10/2018 | 31.52 | $ 21.3423 | 340 | $ 7,256.38 | $ 908.33 | $ 8,164.71 |
| 130 | McCracken | Ricky | 93491 | 4515 - Transport Conveyor Operator | 7/24/1978 | 11/18/2018 | 40.31 | $ 19.3454 | 340 | $ 6,577.44 | $ 820.73 | $ 7,398.17 |
| 131 | McCulley | Kenneth | 52630 | 4629 - CROSS HOLE DRILL A AND B | 9/6/1995 | 11/3/2018 | 23.16 | $ 18.2800 | 340 | $ 6,215.20 | $ 780.88 | $ 6,996.08 |
| 132 | McGinnis | Gary | 30042 | 4621 - HOUSING OPERATOR | 12/1/1988 | 11/10/2018 | 31.94 | $ 19.8500 | 340 | $ 6,749.00 | $ 844.82 | $ 7,593.82 |
| 133 | McGlocklin | Michael | 47340 | 4749 - SMALL ASSEMBLY CELL | 2/19/2015 | 11/10/2018 | 3.73 | $ 19.1600 | 80 | $ 1,532.80 | $ 191.87 | $ 1,724.67 |
| 134 | McGlothlin | Jonathan | 30527 | 4536 - AUTO SEAM WELDER | 3/22/2017 | 11/10/2018 | 1.63 | $ 10.7500 | 80 | $ 860.00 | $ 107.65 | $ 967.65 |
| 135 | McGuire | Johnny | 47020 | 4537 - G AUTO SEAM WELD | 12/19/1994 | 11/18/2018 | 23.91 | $ 15.7850 | 340 | $ 5,366.90 | $ 669.68 | $ 6,036.58 |
| 136 | Meade | Carl | 19751 | 4800 - Process Lead | 2/24/1988 | 11/3/2018 | 30.69 | $ 25.3616 | 340 | $ 8,622.94 | $ 1,083.40 | $ 9,706.34 |
| 137 | Meade | Daryl | 60720 | 4749 - SMALL ASSEMBLY CELL | 3/21/1991 | 11/16/2018 | 27.65 | $ 19.5738 | 340 | $ 6,655.09 | $ 830.42 | $ 7,485.51 |
| 138 | Meade | Jeffery | 55811 | 4706 - CRANKCASE OPERATOR A | 7/20/1989 | 11/18/2018 | 29.32 | $ 20.8599 | 340 | $ 7,092.37 | $ 884.98 | $ 7,977.35 |
| 139 | Meade | Ronald | 14670 | 4706 - CRANKCASE OPERATOR A | 3/20/1989 | 11/10/2018 | 29.64 | $ 21.2443 | 340 | $ 7,223.06 | $ 904.16 | $ 8,127.22 |
| 140 | Miller | Lanny | 19260 | 4749 - SMALL ASSEMBLY CELL | 9/3/1996 | 11/18/2018 | 22.20 | $ 18.5529 | 340 | $ 6,307.99 | $ 787.11 | $ 7,095.10 |
| 141 | Miller | Mark | 18580 | 4800 - Process Lead | 4/25/1989 | 11/16/2018 | 29.56 | $ 24.2906 | 340 | $ 8,258.80 | $ 1,030.53 | $ 9,289.33 |
| 142 | Morrell | Samuel | 95320 | 1733 - M.S. Mapics and Scrap Analyst | 8/17/1987 | 11/10/2018 | 31.23 | $ 23.7318 | 340 | $ 8,068.81 | $ 1,010.03 | $ 9,078.84 |
| 143 | Mullins | Billy | 30009 | 4614 - GRINDER HARD SHAFTS | 6/29/1987 | 11/16/2018 | 31.38 | $ 20.0669 | 340 | $ 6,822.75 | $ 851.34 | $ 7,674.09 |
| 144 | Mumpower | Kevin | 30589 | 2707 - V.P. DEVELOP ENGINEER | 9/20/2010 | 8/1/2018 | 7.86 | $ 11.2600 | 140 | $ 1,576.40 | $ 207.89 | $ 1,784.29 |
| 145 | Mumpower | Betty | 51590 | 4546 - Single Pack Operator | 5/20/1996 | 11/16/2018 | 22.49 | $ 19.4602 | 340 | $ 6,616.47 | $ 825.60 | $ 7,442.07 |
| 146 | Musick | David | 11013 | 4706 - CRANKCASE OPERATOR A | 1/7/2013 | 11/10/2018 | 5.84 | $ 19.3100 | 100 | $ 1,931.00 | $ 241.72 | $ 2,172.72 |
| 147 | Musick | Douglas | 30317 | 1727 - ELECTL AND ELECTRONICS TECH | 1/2/2013 | 11/16/2018 | 5.87 | $ 24.3200 | 100 | $ 2,432.00 | $ 303.46 | $ 2,735.46 |
| 148 | Mutter | Graham | 30057 | 4547 - BRAZER LOWER HOUSINGS | 6/8/1983 | 11/10/2018 | 35.42 | $ 19.7699 | 340 | $ 6,721.77 | $ 841.41 | $ 7,563.18 |
| 149 | Mutter | Robert | 30055 | 4801 - Working Lead | 11/7/1994 | 11/16/2018 | 24.03 | $ 23.4108 | 340 | $ 7,959.67 | $ 993.20 | $ 8,952.87 |
| 150 | Neal | Randall | 95060 | 1730 - MFG. SYSTEMS TECH | 11/4/1991 | 11/10/2018 | 27.02 | $ 20.9344 | 340 | $ 7,117.70 | $ 890.97 | $ 8,008.67 |
| 151 | Nelson | Bobby | 66590 | 4507 - Facilities B | 3/9/1989 | 11/10/2018 | 29.67 | $ 17.7139 | 340 | $ 6,022.73 | $ 753.91 | $ 6,776.64 |
| 152 | Oden | Lawrence | 09100 | 4538 - FINAL TEST AVTRON | 9/26/1994 | 11/16/2018 | 24.14 | $ 16.3387 | 340 | $ 5,555.16 | $ 693.17 | $ 6,248.33 |
| 153 | Olinger | Stacy | 30021 | 4614 - GRINDER HARD SHAFTS | 2/21/1991 | 11/16/2018 | 27.74 | $ 18.7090 | 340 | $ 6,361.06 | $ 793.73 | $ 7,154.79 |
| 154 | Osborne | Ray | 89600 | 1738 - SR WELD TECH AND PROGRAMMER | 5/17/1976 | 11/16/2018 | 42.50 | $ 28.6424 | 340 | $ 9,738.42 | $ 1,215.15 | $ 10,953.57 |
| 155 | Overbay | Johnny | 27760 | 1721 - MFG ENGR TECHNICIAN | 8/30/1991 | 11/16/2018 | 27.21 | $ 22.8142 | 340 | $ 7,756.83 | $ 967.89 | $ 8,724.72 |
| 156 | Perry | Gregory | 98341 | 4508 - Aimco Cylinder Heads | 1/6/1992 | 11/10/2018 | 26.84 | $ 16.1637 | 340 | $ 5,495.66 | $ 687.93 | $ 6,183.59 |
| 157 | Pingel | Joseph | 58750 | 4554 - LOAD END OVEN | 6/30/1988 | 11/16/2018 | 30.38 | $ 16.8110 | 340 | $ 5,715.74 | $ 713.21 | $ 6,428.95 |
| 158 | Plummer | Arthur | 16880 | 4507 - Facilities B | 6/21/1978 | 11/16/2018 | 40.40 | $ 18.7897 | 340 | $ 6,388.50 | $ 797.15 | $ 7,185.65 |
| 159 | Poole | Tina | 30682 | 4749 - SMALL ASSEMBLY CELL | 11/16/2015 | 11/16/2018 | 3.00 | $ 12.1975 | 80 | $ 975.80 | $ 121.76 | $ 1,097.56 |
| 160 | Powers | Tina | 04580 | 4512 - INDEX DRILL CYLINDER HEADS | 7/18/2012 | 11/16/2018 | 6.33 | $ 16.2600 | 120 | $ 1,951.20 | $ 243.47 | $ 2,194.67 |

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 161 | Price | Vernon | 95580 | 4506 - FORKLIFT OPER SHIPPING | 1/2/1979 | 11/16/2018 | 39.87 | $ 19.8325 | 340 | $ 6,743.05 | $ 841.39 | $ 7,584.44 |
| 162 | Pritchard | Jerry | 25240 | 4603 - MACHINE OILER AND PUMPER | 5/12/1986 | 11/16/2018 | 32.51 | $ 19.6318 | 340 | $ 6,674.81 | $ 832.88 | $ 7,507.69 |
| 163 | Rugar | Charles | 29870 | 4600 - Res Weld Terminal Weld | 7/7/1989 | 11/18/2018 | 29.36 | $ 18.0100 | 340 | $ 6,123.40 | $ 764.07 | $ 6,887.47 |
| 164 | Randall | Gerald | 30473 | 4632 - BRAZE UPPER HOUSINGS | 8/15/2015 | 11/18/2018 | 3.42 | $ 11.2750 | 80 | $ 902.00 | $ 112.55 | $ 1,014.55 |
| 165 | Ray | Ernest | 30048 | 4630 - StarBore | 6/28/1993 | 11/16/2018 | 25.38 | $ 18.4894 | 340 | $ 6,286.40 | $ 784.41 | $ 7,070.81 |
| 166 | Ray | Jacob | 30189 | 4749 - SMALL ASSEMBLY CELL | 11/16/2015 | 11/18/2018 | 3.00 | $ 13.2400 | 80 | $ 1,059.20 | $ 132.17 | $ 1,191.37 |
| 167 | Reynolds Jr | Roscoe | 97870 | 4749 - SMALL ASSEMBLY CELL | 11/16/2015 | 11/18/2018 | 3.00 | $ 27.3959 | 80 | $ 2,191.67 | $ 273.47 | $ 2,465.14 |
| 168 | Rhea | Gordon | 79540 | 1515 - QE Tech Production Lab | 11/11/1974 | 11/18/2018 | 44.01 | $ 25.9534 | 340 | $ 8,824.16 | $ 1,101.07 | $ 9,925.23 |
| 169 | Ritchie | Charles | 30481 | 4547 - BRAZER LOWER HOUSINGS | 2/28/2017 | 11/18/2018 | 1.71 | $ 10.2500 | 80 | $ 820.00 | $ 102.32 | $ 922.32 |
| 170 | Roark | Gerald | 07970 | 4818 - Shift Leader | 12/1/1980 | 11/16/2018 | 37.96 | $ 31.0395 | 340 | $ 10,553.43 | $ 1,316.85 | $ 11,870.28 |
| 171 | Roberts | Anthony | 30035 | 1721 - MFG ENGR TECHNICIAN | 12/14/1987 | 11/16/2018 | 30.92 | $ 23.9563 | 340 | $ 8,145.14 | $ 1,016.34 | $ 9,161.48 |
| 172 | Roberts | Shawn | 00070 | 4553 - SUBMERGED TANK LEAK | 1/23/2017 | 11/10/2016 | 1.80 | $ 15.2165 | 80 | $ 1,217.32 | $ 152.38 | $ 1,369.70 |
| 173 | Roberts | William | 58610 | 4807 - MAINTENANCE A | 10/5/1987 | 11/16/2018 | 31.11 | $ 25.4631 | 340 | $ 8,657.45 | $ 1,080.27 | $ 9,737.72 |
| 174 | Roman | Alfred | 59641 | 4632 - BRAZE UPPER HOUSINGS | 3/25/1993 | 11/16/2018 | 25.64 | $ 18.5009 | 340 | $ 6,290.31 | $ 784.90 | $ 7,075.21 |
| 175 | Rooney | David | 92600 | 4718 - Mini Cell MS | 2/10/1992 | 11/10/2018 | 26.75 | $ 20.0577 | 340 | $ 6,819.62 | $ 853.66 | $ 7,673.28 |
| 176 | Rose | Vincent | 30532 | 4807 - MAINTENANCE A | 8/24/2015 | 11/16/2018 | 3.23 | $ 20.9700 | 80 | $ 1,677.60 | $ 209.33 | $ 1,886.93 |
| 177 | Rosenbalm | Ralph | 83580 | 4544 - RESISTANCE WELD II | 1/4/1988 | 11/18/2018 | 30.87 | $ 18.2266 | 340 | $ 6,197.04 | $ 773.26 | $ 6,970.30 |
| 178 | Rouse | William | 13990 | 4704 - Forklift and Tugger Operator | 6/29/1976 | 11/10/2018 | 42.36 | $ 25.7825 | 340 | $ 8,766.05 | $ 1,097.31 | $ 9,863.36 |
| 179 | Salfi | Anthony | 30048 | 1508 - QUALITY ENGINEER TECH | 5/3/1976 | 11/10/2018 | 42.52 | $ 23.9523 | 340 | $ 8,143.78 | $ 1,019.41 | $ 9,163.19 |
| 180 | Salyer | Mitchell | 19760 | 4800 - Process Lead | 4/2/1981 | 11/16/2018 | 37.62 | $ 25.7833 | 340 | $ 8,766.32 | $ 1,093.85 | $ 9,860.17 |
| 181 | Sharrett | Steven | 51320 | 4749 - SMALL ASSEMBLY CELL | 1/15/1988 | 11/10/2018 | 30.82 | $ 18.4900 | 340 | $ 6,286.60 | $ 786.94 | $ 7,073.54 |
| 182 | Shaver | Randy | 06780 | 4621 - HOUSING OPERATOR | 1/12/1990 | 11/10/2018 | 28.83 | $ 19.8068 | 340 | $ 6,734.31 | $ 842.98 | $ 7,577.29 |
| 183 | Shipp | Jerry | 87600 | 4706 - CRANKCASE OPERATOR A | 3/2/1994 | 11/16/2018 | 24.71 | $ 19.9928 | 340 | $ 6,797.55 | $ 848.19 | $ 7,645.74 |
| 184 | Shumate | Richard | 48770 | 4749 - SMALL ASSEMBLY CELL | 3/8/2002 | 11/10/2018 | 16.67 | $ 19.3973 | 320 | $ 6,207.14 | $ 776.99 | $ 6,984.13 |
| 185 | Sims | Jerry | 07520 | 4706 - CRANKCASE OPERATOR A | 2/20/2012 | 11/10/2018 | 6.72 | $ 19.7738 | 120 | $ 2,372.86 | $ 297.03 | $ 2,669.89 |
| 186 | Smallwood | Amanda | 30421 | 4614 - GRINDER HARD SHAFTS | 8/24/2018 | 11/10/2018 | 0.38 | $ 12.7100 | 0 | $ - | $ - | $ - |
| 187 | Smallwood | Mark | 99600 | 4749 - SMALL ASSEMBLY CELL | 7/18/1994 | 11/16/2018 | 24.33 | $ 18.5700 | 340 | $ 6,313.80 | $ 787.83 | $ 7,101.63 |
| 188 | Smith | James | 09070 | 4814 - GRINDER HARD SHAFTS | 2/22/1988 | 11/10/2018 | 30.72 | $ 19.3894 | 340 | $ 6,592.40 | $ 825.22 | $ 7,417.62 |
| 189 | Smith | James R. | 81411 | 4515 - Transport Conveyor Operator | 4/5/1991 | 11/10/2018 | 27.60 | $ 16.9565 | 340 | $ 5,765.21 | $ 721.67 | $ 6,486.88 |
| 190 | Smith | Stanley | 66750 | 4635 - CYL HEAD CELL OPERATOR | 9/30/1993 | 11/10/2018 | 25.11 | $ 17.6948 | 340 | $ 6,016.23 | $ 753.09 | $ 6,769.32 |
| 191 | Snipes | Johnny | 15650 | 4632 - BRAZE UPPER HOUSINGS | 9/19/1994 | 11/16/2018 | 24.16 | $ 17.5248 | 340 | $ 5,958.43 | $ 743.49 | $ 6,701.92 |
| 192 | Staubus | Ricky | 50820 | 4536 - AUTO SEAM WELDER | 3/6/1991 | 11/16/2018 | 27.69 | $ 17.5353 | 340 | $ 5,962.00 | $ 743.93 | $ 6,705.93 |

Exhibit 6

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 2 - Employees That Signed Stay Bonus Letter Agreement (SBLA)

| | Last Name | First Name | Employee # | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 2.42% Interest through January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 193 | Stephon | Frank | 11966 | 4749 - SMALL ASSEMBLY CELL | 3/19/2012 | 11/16/2018 | 6.66 | $ 15.6300 | 120 | $ 1,875.60 | $ 234.04 | $ 2,109.64 |
| 194 | Stickler | Andrew | 30348 | 4749 - SMALL ASSEMBLY CELL | 9/18/2013 | 11/16/2018 | 5.17 | $ 13.6953 | 100 | $ 1,369.53 | $ 170.89 | $ 1,540.42 |
| 195 | Sullins | Lea | 30788 | 4562 - Small Assy Cell Kitter | 7/24/2017 | 11/16/2018 | 1.31 | $ 11.9000 | 80 | $ 952.00 | $ 118.79 | $ 1,070.79 |
| 196 | Thomas | Daniel | 10840 | 4801 - Working Lead | 5/31/1983 | 11/10/2018 | 35.44 | $ 25.6987 | 340 | $ 8,737.56 | $ 1,093.74 | $ 9,831.30 |
| 197 | Thomas | Danny | 30034 | 1515 - QE Tech Production Lab | 5/26/2016 | 11/3/2018 | 2.44 | $ 22.9200 | 80 | $ 1,833.60 | $ 230.38 | $ 2,063.98 |
| 198 | Thomas | Fred | 48620 | 4719 - Aluminum Piston Lathe | 10/8/1991 | 11/10/2018 | 27.09 | $ 20.1170 | 340 | $ 6,839.78 | $ 856.18 | $ 7,695.96 |
| 199 | Thomas | Gary | 30441 | 4544 - RESISTANCE WELD II | 8/7/2018 | 11/16/2018 | 2.28 | $ 12.2000 | 80 | $ 976.00 | $ 121.78 | $ 1,097.78 |
| 200 | Thomas | Kermit | 69300 | 4800 - Process Lead | 8/27/1988 | 11/3/2018 | 30.35 | $ 24.9821 | 340 | $ 8,493.91 | $ 1,067.18 | $ 9,561.09 |
| 201 | Thomas | Michael | 51740 | 4621 - HOUSING OPERATOR | 4/20/1987 | 11/10/2018 | 31.56 | $ 19.7190 | 340 | $ 6,704.46 | $ 839.24 | $ 7,543.70 |
| 202 | Thomas | Tina | 95650 | 4631 - LATHE SOFT SHAFTS | 8/22/1994 | 11/16/2018 | 24.23 | $ 18.0106 | 340 | $ 6,123.60 | $ 764.10 | $ 6,887.70 |
| 203 | Tignor | Johnny | 81661 | 4800 - Process Lead | 4/2/2012 | 11/3/2018 | 6.59 | $ 24.3366 | 120 | $ 2,920.39 | $ 366.92 | $ 3,287.31 |
| 204 | Turley | Kevin | 92590 | 4522 - Cylinder Head Assembly | 9/14/1988 | 11/10/2018 | 30.16 | $ 17.6807 | 340 | $ 6,011.44 | $ 752.49 | $ 6,763.93 |
| 205 | Vance | Sherry | 88020 | 4523 - Valve Plate Assembly | 3/16/1988 | 11/16/2018 | 30.67 | $ 17.5333 | 340 | $ 5,961.32 | $ 743.85 | $ 6,705.17 |
| 206 | Vickers | Rita | 15180 | 4523 - Valve Plate Assembly | 8/16/1976 | 11/16/2018 | 42.25 | $ 19.6181 | 340 | $ 6,670.15 | $ 832.30 | $ 7,502.45 |
| 207 | Wallace | Mark | 12421 | 4547 - BRAZER LOWER HOUSINGS | 4/8/1988 | 11/10/2018 | 30.59 | $ 18.6300 | 340 | $ 6,334.20 | $ 792.90 | $ 7,127.10 |
| 208 | Webb | Larry | 99170 | 4632 - BRAZE UPPER HOUSINGS | 3/8/1991 | 11/16/2018 | 27.69 | $ 18.0456 | 340 | $ 6,135.50 | $ 765.58 | $ 6,901.08 |
| 209 | Wells | Roy | 95390 | 4800 - Process Lead | 8/31/1987 | 11/10/2018 | 31.19 | $ 22.8300 | 340 | $ 7,762.20 | $ 971.65 | $ 8,733.85 |
| 210 | Wicks | Roger | 30003 | 4800 - Process Lead | 11/6/1995 | 11/16/2018 | 23.03 | $ 23.4101 | 340 | $ 7,959.43 | $ 993.17 | $ 8,952.60 |
| 211 | Widener | Andrew | 30137 | 4749 - SMALL ASSEMBLY CELL | 8/12/2013 | 11/10/2018 | 5.24 | $ 14.4368 | 100 | $ 1,443.68 | $ 180.72 | $ 1,624.40 |
| 212 | Widener | James E. | 79290 | 4704 - Forklift and Tugger Operator | 5/9/2017 | 11/16/2018 | 1.52 | $ 18.0300 | 80 | $ 1,442.40 | $ 179.98 | $ 1,622.38 |
| 213 | Widener | James | 41110 | 4704 - Forklift and Tugger Operator | 4/23/2012 | 11/10/2018 | 6.55 | $ 18.8607 | 120 | $ 2,263.28 | $ 283.31 | $ 2,546.59 |
| 214 | Williams | James | 30427 | 4749 - SMALL ASSEMBLY CELL | 2/16/2015 | 11/16/2018 | 3.75 | $ 12.7100 | 80 | $ 1,016.80 | $ 126.88 | $ 1,143.68 |
| 215 | Worley | Dewey | 94770 | 4706 - CRANKCASE OPERATOR A | 12/21/1988 | 11/10/2018 | 29.89 | $ 21.2004 | 340 | $ 7,208.14 | $ 902.29 | $ 8,110.43 |
| 216 | Worley | Paul | 99630 | 4749 - SMALL ASSEMBLY CELL | 5/29/1984 | 11/16/2018 | 34.46 | $ 24.3341 | 340 | $ 8,273.59 | $ 1,032.37 | $ 9,305.96 |
| 217 | Wright | Donovan | 11890 | 4548 - Dual Assembly and Braze | 12/13/1993 | 11/16/2018 | 24.93 | $ 17.2200 | 340 | $ 5,854.80 | $ 730.56 | $ 6,585.36 |
| 218 | Wyatt | Ricky | 30008 | 4804 - 682- Rework Coordinator | 7/24/1978 | 11/3/2018 | 40.28 | $ 21.3500 | 340 | $ 7,259.00 | $ 912.03 | $ 8,171.03 |
| | | | | | | | | | Total | $ 1,230,708.33 | $ 153,823.61 | $ 1,384,531.94 |