Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 3 - Terminated Without Cause on Their Part After August 31, 2018

Exhibit 7



| # | Last Name | First Name | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 0.09% Interest until January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams | Daniel | 1871 - Marketing & Sales Analyst | 4/20/2017 | 9/29/2018 | 1.44 | $21.7500 | 80 | $ 1,740.00 | $ 8.28 | $ 1,748.28 |
| 2 | Amburgey | Jimmy | 4613 - BORE OPERATOR CONROD | 3/11/1988 | 11/10/2018 | 30.66 | $20.0100 | 340 | $ 6,803.40 | $ 31.67 | $ 6,835.07 |
| 3 | Ashley | Angela | 4553 - SUBMERGED TANK LEAK | 1/31/1990 | 11/16/2018 | 28.79 | $16.8231 | 340 | $ 5,719.85 | $ 26.54 | $ 5,746.39 |
| 4 | Booher | Darrell | 1907 - Process Supervisor | 8/24/2015 | 11/9/2018 | 3.21 | $30.1760 | 80 | $ 2,414.08 | $ 11.24 | $ 2,425.32 |
| 5 | Booher | Dave | 4631 - LATHE SOFT SHAFTS | 12/8/2016 | 11/10/2018 | 1.92 | $18.7821 | 80 | $ 1,502.57 | $ 6.99 | $ 1,509.56 |
| 6 | Booher | Glen | 1907 - Process Supervisor | 11/11/1991 | 11/10/2018 | 27.00 | $36.3678 | 340 | $ 12,365.05 | $ 57.56 | $ 12,422.61 |
| 7 | Booher | Glen | 1508 - QUALITY ENGINEER TECH | 4/12/1975 | 11/10/2018 | 43.58 | $21.1108 | 340 | $ 7,177.67 | $ 33.41 | $ 7,211.08 |
| 8 | Booher | Joanne | 4631 - LATHE SOFT SHAFTS | 3/21/1994 | 11/10/2018 | 24.64 | $18.1200 | 340 | $ 6,160.80 | $ 28.68 | $ 6,189.48 |
| 9 | Browning | David | 4500 - Forklift Operator | 1/25/1988 | 11/10/2018 | 30.79 | $18.2595 | 340 | $ 6,208.23 | $ 28.90 | $ 6,237.13 |
| 10 | Carmack | Summer | 4614 - GRINDER HARD SHAFTS | 11/15/1993 | 11/10/2018 | 24.99 | $17.1432 | 340 | $ 5,828.69 | $ 27.13 | $ 5,855.82 |
| 11 | Church | William | 4512 - INDEX DRILL CYLINDER HEADS | 3/1/1991 | 11/10/2018 | 27.69 | $17.5463 | 340 | $ 5,965.74 | $ 27.77 | $ 5,993.51 |
| 12 | Clark | Melvin | 4513 - INDEX DRILL VALVE PLATES | 4/13/1981 | 11/10/2018 | 37.58 | $19.4224 | 340 | $ 6,603.62 | $ 30.74 | $ 6,634.36 |
| 13 | Cody | Kim | 4551 - BLK PCK HOOK AND OVERHEAD | 5/31/1983 | 11/16/2018 | 35.46 | $18.0508 | 340 | $ 6,137.27 | $ 28.48 | $ 6,165.75 |
| 14 | Cole | Darrell | 4719 - Aluminum Piston Lathe | 4/27/1992 | 11/16/2018 | 26.55 | $22.1400 | 340 | $ 7,527.60 | $ 34.93 | $ 7,562.53 |
| 15 | Combs Jr. | Charles | 4802 - TOOL CUTTER GRINDER A | 12/2/1977 | 11/10/2018 | 40.94 | $25.8745 | 340 | $ 8,797.33 | $ 40.95 | $ 8,838.28 |
| 16 | Daugherty | Joyce | 4613 - BORE OPERATOR CONROD | 4/2/2017 | 11/16/2018 | 1.62 | $19.3894 | 80 | $ 1,551.15 | $ 7.20 | $ 1,558.35 |
| 17 | Davis | Alesia | 1803 - Production Planner | 11/29/1983 | 11/21/2018 | 34.98 | $25.3365 | 340 | $ 8,614.41 | $ 39.87 | $ 8,654.28 |
| 18 | Dirickson | Vanessa | 2215 - HR Manager | 5/18/2000 | 11/21/2018 | 18.51 | $36.1152 | 340 | $ 12,279.17 | $ 56.83 | $ 12,336.00 |
| 19 | Dowell | Jamie | 1907 - Process Supervisor | 7/4/1994 | 11/10/2018 | 24.35 | $28.8849 | 340 | $ 9,820.87 | $ 45.72 | $ 9,866.59 |
| 20 | Eads | Patricia | 4608 - GARDNER GRINDER VALVE PLATES | 1/13/1988 | 11/16/2018 | 30.84 | $20.2622 | 340 | $ 6,889.15 | $ 31.97 | $ 6,921.12 |
| 21 | Eaton | Samuel | 1908 - Maintenance Supervisor | 1/22/1988 | 11/21/2018 | 30.83 | $33.6539 | 340 | $ 11,442.33 | $ 52.96 | $ 11,495.29 |
| 22 | Estep | David | 4560 - Robotic Deburr Cell | 6/21/1995 | 11/16/2018 | 23.40 | $16.9641 | 340 | $ 5,767.79 | $ 26.77 | $ 5,794.56 |
| 23 | Evans | Timothy | 4807 - MAINTENANCE A | 5/31/1983 | 11/16/2018 | 35.46 | $25.7039 | 340 | $ 8,739.33 | $ 40.56 | $ 8,779.89 |
| 24 | Fields | Robert | 2009 - SR SUPERVISOR MATERIALS | 2/2/2011 | 11/21/2018 | 7.80 | $30.2885 | 140 | $ 4,240.39 | $ 19.63 | $ 4,260.02 |
| 25 | Fischer | Jay | 2414 - Process Engineer Director | 7/13/2015 | 11/21/2018 | 3.36 | $53.7140 | 80 | $ 4,297.12 | $ 19.89 | $ 4,317.01 |
| 26 | Foster | James | 4608 - GARDNER GRINDER VALVE PLATES | 4/20/1987 | 11/16/2018 | 31.57 | $20.3415 | 340 | $ 6,916.11 | $ 32.09 | $ 6,948.20 |
| 27 | Fraley | Dennis | 4518 - HIGH PRES WASH ALMCO | 10/12/1988 | 11/10/2018 | 30.08 | $18.2400 | 340 | $ 6,201.60 | $ 28.87 | $ 6,230.47 |
| 28 | Frazier | Roger | 4706 - CRANKCASE OPERATOR A | 8/17/1988 | 11/10/2018 | 30.23 | $21.2114 | 340 | $ 7,211.88 | $ 33.57 | $ 7,245.45 |
| 29 | Gibson | Connie | 1907 - Process Supervisor | 5/31/1983 | 11/21/2018 | 35.48 | $30.0219 | 340 | $ 10,207.45 | $ 47.24 | $ 10,254.69 |

Exhibit 7

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 3 - Terminated Without Cause on Their Part After August 31, 2018

| # | Last Name | First Name | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 0.09% Interest until January 11, 2024 | Total Due Employee |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Harris | Paul | 4706 - CRANKCASE OPERATOR A | 9/26/1994 | 11/10/2018 | 24.12 | $19.9049 | 340 | $ 6,767.67 | $ 31.51 | $ 6,799.18 |
| 31 | Harrison | Calvin | 4613 - BORE OPERATOR CONROD | 12/5/1983 | 11/10/2018 | 34.93 | $21.4632 | 340 | $ 7,297.49 | $ 33.97 | $ 7,331.46 |
| 32 | Hayden | Curtis | 4614 - GRINDER HARD SHAFTS | 11/16/1992 | 11/10/2018 | 25.98 | $18.6871 | 340 | $ 6,353.61 | $ 29.58 | $ 6,383.19 |
| 33 | Helton | Penny | 4511 - KEY WAY MILL | 12/6/1993 | 11/16/2018 | 24.94 | $16.1528 | 340 | $ 5,491.95 | $ 25.49 | $ 5,517.44 |
| 34 | Hicks | Tommy | 2019 - Strategic Supply Buyer II - Equipment | 10/27/2014 | 9/29/2018 | 3.92 | $36.9591 | 80 | $ 2,956.73 | $ 14.07 | $ 2,970.80 |
| 35 | Hinkle | Roger | 1905 - SUPERVISOR | 1/2/1975 | 11/21/2018 | 43.89 | $36.2200 | 340 | $ 12,314.80 | $ 57.00 | $ 12,371.80 |
| 36 | Hobbs | Gaylord | 4614 - GRINDER HARD SHAFTS | 5/8/1992 | 11/10/2018 | 26.51 | $18.5443 | 340 | $ 6,305.06 | $ 29.35 | $ 6,334.41 |
| 37 | Horne | Jeffery | 2212 - Business Development | 9/24/2017 | 9/14/2018 | 0.97 | $39.4231 | 0 | $ - | $ - | $ - |
| 38 | Hubbard | Sherrie | 4610 - Bore Operator Cage Bearings | 3/12/1991 | 11/16/2018 | 27.68 | $18.7090 | 340 | $ 6,361.06 | $ 29.52 | $ 6,390.58 |
| 39 | Huffman | James | 2202 - SR. MANUF ENGINEER | 2/1/2016 | 11/21/2018 | 2.81 | $42.3078 | 80 | $ 3,384.62 | $ 15.66 | $ 3,400.28 |
| 40 | Hutton | Steven | 2200 - Logistics Manager | 11/27/1978 | 11/21/2018 | 39.98 | $37.9808 | 340 | $ 12,913.47 | $ 59.77 | $ 12,973.24 |
| 41 | Hutton | Tammy | 1870 - Purchasing MRO Coordinator | 6/1/1981 | 11/21/2018 | 37.47 | $23.8213 | 340 | $ 8,099.24 | $ 37.49 | $ 8,136.73 |
| 42 | Ingle | Dave | 1907 - Process Supervisor | 3/9/2015 | 11/21/2018 | 3.70 | $30.0505 | 80 | $ 2,404.04 | $ 11.13 | $ 2,415.17 |
| 43 | Johnson | Albert | 4708 - CRANKCASE OPERATOR A | 3/13/1978 | 11/10/2018 | 40.66 | $22.6818 | 340 | $ 7,711.81 | $ 35.90 | $ 7,747.71 |
| 44 | Johnson | Greg | 2314 - SR BUS. DEVELOPMENT | 10/11/2010 | 11/21/2018 | 8.11 | $46.6478 | 160 | $ 7,463.65 | $ 34.54 | $ 7,498.19 |
| 45 | Jones | Keith | 4708 - CRANKCASE OPERATOR A | 4/29/1993 | 11/16/2018 | 25.55 | $20.2500 | 340 | $ 6,885.00 | $ 31.95 | $ 6,916.95 |
| 46 | Kestner | Leslie | 2434 - Operations Manager | 1/9/1988 | 9/29/2018 | 30.72 | $45.5795 | 340 | $ 15,497.03 | $ 73.75 | $ 15,570.78 |
| 47 | Lane | Jerry | 1907 - Process Supervisor | 11/29/1978 | 11/21/2018 | 39.98 | $36.3684 | 340 | $ 12,365.26 | $ 57.23 | $ 12,422.49 |
| 48 | Leonard | Michael | 4621 - HOUSING OPERATOR | 4/27/1981 | 11/10/2018 | 37.54 | $20.5091 | 340 | $ 6,973.09 | $ 32.46 | $ 7,005.55 |
| 49 | Lowe | Gearl | 4500 - Forklift Operator | 1/4/1988 | 11/16/2018 | 30.87 | $18.8848 | 340 | $ 6,420.83 | $ 29.80 | $ 6,450.63 |
| 50 | Martin | Mandy | 4505 - Forklift and Cycle Counter | 12/11/1991 | 11/3/2018 | 26.89 | $17.6300 | 340 | $ 5,994.20 | $ 28.01 | $ 6,022.21 |
| 51 | Maxfield | Stewart | 4518 - HIGH PRES WASH ALMCO | 2/17/1994 | 11/10/2018 | 24.73 | $20.0500 | 340 | $ 6,817.00 | $ 31.74 | $ 6,848.74 |
| 52 | Mays | Danny | 2139 - Project Associate Engineer | 2/10/1981 | 11/21/2018 | 37.78 | $35.8668 | 340 | $ 12,194.71 | $ 56.44 | $ 12,251.15 |
| 53 | Mays | Mark | 2409 - DIRECTOR, MANUFACTURING | 12/15/1986 | 11/21/2018 | 31.93 | $48.0769 | 340 | $ 16,346.15 | $ 75.65 | $ 16,421.80 |
| 54 | McClain | David | 4719 - Aluminum Piston Lathe | 5/25/1987 | 11/16/2018 | 31.48 | $21.2799 | 340 | $ 7,235.17 | $ 33.58 | $ 7,268.75 |
| 55 | McMillan | Floyd | 4614 - GRINDER HARD SHAFTS | 4/10/1991 | 11/10/2018 | 27.58 | $19.5131 | 340 | $ 6,634.45 | $ 30.89 | $ 6,665.34 |
| 56 | McMurray | Joyce | 1826 - Sr. Acct. Administrator | 10/26/1987 | 11/21/2018 | 31.07 | $23.6368 | 340 | $ 8,036.51 | $ 37.19 | $ 8,073.70 |
| 57 | Mullins | Jackie | 4631 - LATHE SOFT SHAFTS | 1/1/2013 | 11/16/2018 | 5.88 | $14.5550 | 100 | $ 1,455.50 | $ 6.75 | $ 1,462.25 |
| 58 | Mullins | Tommy | 4631 - LATHE SOFT SHAFTS | 3/24/1993 | 11/10/2018 | 25.63 | $18.7420 | 340 | $ 6,372.28 | $ 29.67 | $ 6,401.95 |

Case No. 1:18-cv-00040-JPJ-PMS Messer et al v. Bristol Compressors International, LLC et al
Computation of Severance Pay
Subclass 3 - Terminated Without Cause on Their Part After August 31, 2018

|    | Last Name | First Name | Job Code | Hire Date | Term Date | Years of Service | Rate of Pay | Severance Pay Hours per Handbook | Calculated Severance Pay | 0.09% Interest until January 11, 2024 | Total Due Employee |
|----|-----------|------------|----------|-----------|-----------|------------------|-------------|----------------------------------|--------------------------|---------------------------------------|--------------------|
| 59 | Murray | Gleen | 4708 - CRANKCASE OPERATOR A | 8/24/1987 | 11/10/2018 | 31.21 | $21.5950 | 340 | $ 7,342.30 | $ 34.18 | $ 7,376.48 |
| 60 | Norris | Brett | 1907 - Process Supervisor | 9/7/1987 | 11/10/2018 | 31.18 | $25.0000 | 340 | $ 8,500.00 | $ 39.57 | $ 8,539.57 |
| 61 | Nunley | Carles | 4708 - CRANKCASE OPER G LINE | 4/6/1987 | 11/10/2018 | 31.59 | $21.9795 | 340 | $ 7,473.03 | $ 34.79 | $ 7,507.82 |
| 62 | Olinger | Jackie | 2202 - SR. MANUF ENGINEER | 4/19/1991 | 11/21/2018 | 27.59 | $39.4231 | 340 | $ 13,403.85 | $ 62.04 | $ 13,465.89 |
| 63 | OQuinn | David | 4800 - Process Lead | 1/25/1983 | 11/3/2018 | 35.77 | $25.6645 | 340 | $ 8,725.93 | $ 40.77 | $ 8,766.70 |
| 64 | Orr | Dorathy | 4614 - GRINDER HARD SHAFTS | 2/27/1991 | 11/10/2018 | 27.70 | $18.7090 | 340 | $ 6,361.06 | $ 29.61 | $ 6,390.67 |
| 65 | Powers | Joy | 1826 - Sr. Acct. Administrator | 1/1/2017 | 11/21/2018 | 1.89 | $23.3191 | 80 | $ 1,865.53 | $ 8.63 | $ 1,874.16 |
| 66 | Richards | Larry | 4706 - CRANKCASE OPERATOR A | 4/23/1984 | 11/16/2018 | 34.56 | $21.9136 | 340 | $ 7,450.62 | $ 34.57 | $ 7,485.19 |
| 67 | Richardson | Brenda | 1901 - AP Administrator | 10/24/1994 | 11/21/2018 | 24.08 | $25.8020 | 340 | $ 8,772.68 | $ 40.60 | $ 8,813.28 |
| 68 | Rivera | Jose | 2138 - Enterprise System Manager | 6/10/2013 | 11/21/2018 | 5.45 | $48.7860 | 100 | $ 4,878.60 | $ 22.58 | $ 4,901.18 |
| 69 | Rodefer | Randel | 4813 - BORE OPERATOR CONROD | 4/16/2012 | 11/16/2018 | 6.58 | $23.6840 | 120 | $ 2,842.08 | $ 13.19 | $ 2,855.27 |
| 70 | Saltz | Danny | 4704 - Forklift and Tugger Operator | 3/13/1989 | 11/16/2018 | 29.68 | $20.8100 | 340 | $ 7,075.40 | $ 32.83 | $ 7,108.23 |
| 71 | Scyphers | Karen | 4523 - Valve Plate Assembly | 8/17/1976 | 11/16/2018 | 42.25 | $18.8399 | 340 | $ 6,405.57 | $ 29.73 | $ 6,435.30 |
| 72 | Sexton | Bethany | 2232 - MGR OF GENERAL ACCOUNTING | 4/19/2010 | 11/21/2018 | 8.59 | $39.2956 | 160 | $ 6,287.30 | $ 29.10 | $ 6,316.40 |
| 73 | Sexton | Michael | 4708 - CRANKCASE OPER G LINE | 4/6/1992 | 11/10/2018 | 26.59 | $20.4593 | 340 | $ 6,956.16 | $ 32.38 | $ 6,988.54 |
| 74 | Shaw | Norma | 2001 - EXECUTIVE ASSISTANT | 5/11/1992 | 11/21/2018 | 26.53 | $31.0826 | 340 | $ 10,568.08 | $ 48.91 | $ 10,616.99 |
| 75 | Shaw | Rico | 4556 - CHARGE LINE WELD II | 9/9/2013 | 11/10/2018 | 5.17 | $10.7851 | 100 | $ 1,076.51 | $ 5.01 | $ 1,081.52 |
| 76 | Smithson | Roger | 2071 - Associate Engineer | 12/14/1987 | 11/21/2018 | 30.94 | $30.2885 | 340 | $ 10,298.09 | $ 47.66 | $ 10,345.75 |
| 77 | Steele | Michael | 1926 - IS DATA COLLECTION SYSTEMS | 12/14/1987 | 11/21/2018 | 30.94 | $32.8359 | 340 | $ 11,096.21 | $ 51.36 | $ 11,147.57 |
| 78 | Stitner | Pamela | 2175 - Infrastructure Tech Manager | 8/15/2011 | 11/21/2018 | 7.27 | $34.6676 | 140 | $ 4,853.46 | $ 22.46 | $ 4,875.92 |
| 79 | Stout | Jamie | 4706 - CRANKCASE OPERATOR A | 9/7/1987 | 11/10/2018 | 31.18 | $21.5950 | 340 | $ 7,342.30 | $ 34.18 | $ 7,376.48 |
| 80 | Sullins | Robert | 4807 - MAINTENANCE A | 1/23/1984 | 11/16/2018 | 34.81 | $25.6001 | 340 | $ 8,704.03 | $ 40.39 | $ 8,744.42 |
| 81 | Thomas | Timothy | 4749 - SMALL ASSEMBLY CELL | 8/17/1987 | 11/16/2018 | 31.25 | $22.4322 | 340 | $ 7,626.95 | $ 35.39 | $ 7,662.34 |
| 82 | Walls | Alison | 4704 - Forklift and Tugger Operator | 9/5/1978 | 11/16/2018 | 40.20 | $22.4383 | 340 | $ 7,629.02 | $ 35.40 | $ 7,664.42 |
| 83 | Wampler | Jeffery | 4631 - LATHE SOFT SHAFTS | 5/21/1984 | 11/10/2018 | 34.47 | $22.5400 | 340 | $ 7,663.60 | $ 35.68 | $ 7,699.28 |
| 84 | Weston | Christopher | 2023 - MANUFACTURING ENGINEER | 8/3/2015 | 11/21/2018 | 3.30 | $45.0901 | 80 | $ 3,607.21 | $ 16.69 | $ 3,623.90 |
|    |        |        |          |           |           |                  |             | Total | $ 594,988.60 | $ 2,764.23 | $ 597,752.83 |