# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **TONY A. MESSER, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:18CV00040 |
| ) | |
| v. ) | **AMENDED JUDGMENT** |
| ) | |
| **BRISTOL COMPRESSORS** ) | JUDGE JAMES P. JONES |
| **INTERNATIONAL, LLC,** ) | |
| ) | |
| Defendant. ) | |

Judgment is hereby entered against defendant Bristol Compressors International, LLC, in favor of the individual Class Members listed in the Exhibits 5, 6, 7, 8, and 9, which exhibits were introduced at the hearing held on January 11, 2024, and docketed as ECF No. 180, in the amounts as set forth as to each Class Member in the final column of each of such exhibits, the total amount owing to all Class Members being $2,407,471.90.  This judgment is in place of the Judgment entered January 16, 2024, ECF No. 182, and such prior Judgment is no force or effect.

This Judgment does not include the awards to Class Members as set forth in the Judgment entered November 4, 2021, ECF No. 154, and the present Judgment includes only the amounts awarded following the remand of the case by the court of appeals.

The Clerk shall close the case, with leave granted to Class Counsel to file a supplemental motion for additional attorney's fees and costs incurred after the prior motion seeking attorney's fees and costs filed December 6, 2021, ECF No. 159, which supplemental motion must be filed within 30 days of this date.

It is so **ORDERED**.

ENTER: January 17, 2024

/s/ JAMES P. JONES
Senior United States District Judge